**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>OLD WORLD INDUSTRIES, INC.<br><br>              Defendant. | Civil Action No. 10 CV 1437<br><br>**JURY TRIAL DEMANDED** |

**<u>COMPLAINT</u>**

Plaintiff Robert Bosch LLC ("Bosch"), through its attorneys, for its complaint against Defendant Old World Industries, Inc., avers as follows:

1.      This action arises under the patent laws of the United States, Title 35 of the United States Code (for example, 35 U.S.C. §§ 271, 281, 283, 284, and 285) as hereinafter more fully appears.  This Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.      On September 25, 2001, United States Letters Patent No. 6,292,974 (attached as Exhibit A) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

3.      Defendant has infringed and still is infringing those Letters Patent (for example, at least claims 1, 2 and 8) directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the ProLine and PEAK Optix wiper blades, and will continue to do so unless enjoined by this Court.

4.      On January 13, 2004, United States Letters Patent No. 6,675,434 (attached as Exhibit B) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

5.      Defendant has infringed and still is infringing those Letters Patent (for example, at least claims 1, 4, 5, 7 and 13) directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the ProLine and PEAK Optix wiper blades, and will continue to do so unless enjoined by this Court.

6.      On September 20, 2005, United States Letters Patent No. 6,944,905 (attached as Exhibit C) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

7.      Defendant has infringed and still is infringing those Letters Patent (for example, at least claims 13, 17 and 18) directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the ProLine and PEAK Optix wiper blades, and will continue to do so unless enjoined by this Court.

8.      On November 18, 2008, United States Letters Patent No. 7,451,520 (attached as Exhibit D) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

9.      Defendant has infringed and still is infringing those Letters Patent (for example, at least claims 1–12, 14 and 15) directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the ProLine and PEAK Optix wiper blades, and will continue to do so unless enjoined by this Court.

10.      Defendant's infringement has caused and will continue to cause damage and irreparable harm to Bosch until enjoined by this Court.

WHEREFORE, Plaintiff demands an injunction against continued infringement, an award of damages, an assessment of interest and costs against Defendant, and such other relief as the Court may find just and proper.


## JURY DEMAND

Plaintiff demands a trial by jury.


Dated: March 3, 2010                    Respectfully submitted,


OF COUNSEL                              By: /s/ William P. Oberhardt
                                            William P. Oberhardt
Michael J. Lennon                           WILLIAM P. OBERHARDT, LLC
Mark A. Hannemann                           70 West Madison, Suite 2100
Jeffrey S. Ginsberg                         Chicago, IL 60602
KENYON & KENYON LLP                         Tel: 312-251-1100
One Broadway                                Fax: 312-251-1175
New York, NY 10004                          Atty. Reg. No. 3122407
Tel:  212-425-7200

                                        *Attorneys for Robert Bosch LLC*





U 1743315

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**March 05, 2009**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

**U.S. PATENT:** *6,292,974*
**ISSUE DATE:** *September 25, 2001*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

W. MONTGOMERY
**Certifying Officer**

US006292974B1

(12) **United States Patent** (10) Patent No.: **US 6,292,974 B1**
Merkel et al. (45) Date of Patent: **Sep. 25, 2001**

(54) **GLASS WIPER BLADE FOR MOTOR VEHICLES**

(75) Inventors: **Wilfried Merkel**, Kappelrodeck; **Wolfgang Leutsch**; **Thomas Kotlarski**, both of Buehlertal, all of (DE)

(73) Assignee: **Robert Bosch GmbH**, Stuttgart (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/284,398**

(22) PCT Filed: **Jul. 9, 1998**

(86) PCT No.: **PCT/DE98/01893**
§ 371 Date: **Jun. 11, 1999**
§ 102(e) Date: **Jun. 11, 1999**

(87) PCT Pub. No.: **WO99/10211**
PCT Pub. Date: **Mar. 4, 1999**

(30) **Foreign Application Priority Data**

Aug. 21, 1997 (DE) ............................................. 197 36 368

(51) Int. Cl.[7] ................................. **B60S 1/38; B60S 1/40**
(52) U.S. Cl. ................................. **15/250.201; 15/250.43**
(58) Field of Search ........................ 15/250.201, 250.43, 15/250.44, 250.361, 250.48, 250.451, 250.32

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,088,155 * 5/1963 Smithers .
3,317,945 * 5/1967 Ludwig .

3,418,679 * 12/1968 Barth et al. .
3,879,793 * 4/1975 Schlegel .
5,546,627 * 8/1996 Chen .

FOREIGN PATENT DOCUMENTS

| 1 247 161 | 1/1970 | (DE) . | |
|-----------|--------|--------|--|
| 2311293 | * 9/1974 | (DE) | ................................. 15/250.43 |
| 2336271 | * 2/1975 | (DE) . | |
| 2440179 | * 11/1975 | (DE) | ................................. 15/250.43 |
| 316114 | * 5/1989 | (EP) . | |
| 2199302 | * 4/1974 | (FR) . | |
| 1429820 | * 3/1976 | (GB) | ................................. 15/250.43 |

* cited by examiner

*Primary Examiner*—Gary K. Graham
(74) *Attorney, Agent, or Firm*—Michael J. Striker

(57) **ABSTRACT**

A wiper blade (**10**) is proposed that serves to clean windows of motor vehicles. The wiper blade has an elongated, rubber-elastic wiper strip (**14**) which can be placed against the window to be wiped and is disposed substantially longitudinally axially parallel to one face, that is, the face oriented toward the window, of a striplike, spring-elastic support element (**12**), which is connected to a wiper arm (**18**) that is driven crosswise to the length of the wiper blade and can be urged toward the window. Even at high vehicle speeds, a requisite wiper blade contact pressure for attaining a swept field clean enough to meet legal requirements is achieved if the wiper blade (**10**) is provided with a leading-edge face (**36** or **60**), which extends longitudinally of the wiper blade and substantially parallel to the window and faces into the wind (arrow **38**), and which crosswise to its length forms an acute angle with the window.

**8 Claims, 1 Drawing Sheet**



**U.S. Patent**          Sep. 25, 2001          US 6,292,974 B1



Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,292,974 B1

1

# GLASS WIPER BLADE FOR MOTOR VEHICLES

## BACKGROUND OF THE INVENTION

The present invention relates to a wiper blade for windows of motor vehicles.

In wiper blades the support element is meant to assure the evenest possible distribution of the wiper blade contact pressure on the windows, over the entire swept field swept by the wiper blade. By means of a suitable curvature of the unstressed support element—that is, when the wiper blade is not applied to the wiper blade—the ends of the wiper strip, which in wiper blade operation is pressed entirely against the window, are urged toward the window by the then-stressed support element, even if the radii of curvature of spherically curved vehicle windows differ in every position of the wiper blade. The curvature of the wiper blade must accordingly be somewhat greater than the greatest curvature measured in the swept field of the window to be wiped. The support element thus replaces the complicated support bracket construction, having two spring rails employed in the wiper strip, of the kind employed in conventional wiper blades.

The invention takes as its point of departure a wiper blade of this type. In a known wiper blade of this type (German Patent DE-PS 12 47 161), the wiper blade, or its support element, which for reasons of distributing the contact pressure protrudes far past the wiper strip in the middle region of the wiper blade, can on the one hand be engaged from below, on the front side facing into the wind, with an attendant buildup of overpressure, by this overpressure. On the other hand, on the back side facing away from the wind, because of the structural form noted above, a considerable negative pressure builds up. Although the wiper blade, which during operation usually executes a pendulum motion, constantly changes its position relative to the oncoming relative wind, even then one of its long sides is always more or less greatly exposed to the wind and is therefore called the front side, while its other long side is accordingly also thought of as the back side. At relatively high vehicle speeds, given the cooperation of these two aforementioned pressures, both of which are oriented counter to the wiper blade contact pressure, this contact pressure is reduced at least enough that proper wiping is no longer possible. Increasing the wiper blade contact pressure against the window at high vehicle speeds could admittedly reduce the severity of this problem, but at lower vehicle speeds, when the liftoff tendency is less, the friction between the wiper blade and the window increases; this leads to undesirable noise buildup and to excessively high stress on the drive components and on the rubber of the wiper.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a wiper blade which avoids the disadvantages of the prior art.

In keeping with these objects, one feature of present invention, resides, briefly stated, in a wiper blade provided with a leading-edge face which extends longitudinally over the wiper blade and substantially parallel to the window and faces into the wind, and which crosswise to its length forms an acute angle with the window.

In the wiper blade of the invention, via the leading-edge face that faces into the wind, a force component aimed at the window is built up, which counteracts the liftoff tendency of the two pressures and thus assures excellent cleaning quality,

2

at least in the region of the swept field swept by the wiper blade, that is, the region that is important to the vehicle's driver. Depending on the size of the leading-edge face and/or on the size of the approach angle α, this auxiliary contact pressure can be adapted to the variable demands that depend on the type of vehicle. It is also advantageous in the arrangement of the invention that as a function of the vehicle speed, the contact pressure rises or falls with this speed. Thus a suitably "high auxiliary contact pressure" is opposed only to the liftoff tendency that occurs at high speed.

A compact wiper strip is obtained if the leading-edge face is disposed on the face of the support element facing away from the window. The auxiliary contact pressure is then distributed not in point form but areally, over the entire length of the wiper blade.

The embodiment of a leading-edge face can advantageously be attained in that it is embodied on a separate, elongated component that is solidly joined to the support element.

A simple structure of such a separate component is obtained in that, seen in cross section, it has at least approximately the shape of a triangle, one side of which contacts the face of the support element facing away from the window, and also that the leading-edge face is embodied on another side of the triangle. In certain cases, it can be advantageous to equip the leading-edge face at least partially with a hollow curvature facing into the wind.

Securing the component to the one side of the support element is achieved economically by a glued connection. So that the distribution of the contact pressure effected by the support element will not be impaired, the component is made from a rubber-elastic material whose hardness is no greater, and is preferably less, than the hardness of the rubber-elastic wiper strip. Advantages in terms of production are attained if the component is made from a suitable plastic.

The length, and the width and height projected in the operating direction of the wiper blade, of the leading-edge face is designed to suit the requirements. In certain cases it is expedient if the leading-edge face extends at least nearly over the entire length of the wiper blade.

Further advantageous refinements and features of the invention are recited in the ensuing description of an exemplary embodiment shown in the accompanying drawing.

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing:

FIG. 1 shows a side view of a wiper blade of the invention;

FIG. 2 shows a plan view on the wiper blade of FIG. 1;

FIG. 3 shows a section through the wiper blade, taken along the line III—III in FIG. 1 and shown on a larger scale in schematic form; and

FIG. 4 shows a basic illustration of the wiper blade of FIG. 3.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

A wiper blade 10 shown in FIGS. 1 and 2 has a single- or multi-part, elongated, spring-elastic support element 12, to whose underside an elongated, rubber-elastic wiper strip 15 is secured longitudinally axially parallel to it. A connection device 16 is disposed on the top side of the support element, and with its aid the wiper blade 10 can be detachably

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,292,974 B1

3

connected to a driven wiper arm 18. A hook acting as a counterpart connection means is formed onto the free end 20 of the wiper arm 18 and grasps a pivot pin 22 that belongs to the connection device 22 of the wiper blade. The securing between the wiper arm 18 and the wiper blade 10 is taken on by securing means not shown in further detail but known per se and embodied as adapters. The wiper arm 18 and thus also the hook on the end 20 of the arm is urged in the direction of the arrow 24 toward the window to be wiped, whose surface to be wiped is suggested in FIG. 1 by a dot-dash line 26. Since the dot-dash line 26 is meant to represent the greatest curvature of the window surfaces, it is quite apparent that the curvature of the wiper blade 10, which rests with its two ends on the window, is greater than the maximum curvature of the window. Under the contact pressure (arrow 24), the wiper blade presses with its wiper lip 28 over its entire length against the window surface 26. This causes a tension to build up in the bandlike, spring-elastic support element 12, and this tension assures a proper contact of the wiper strip 14 or wiper lip 28, over their entire length, with the motor vehicle window.

The particular design of the wiper blade 10 will be described in further detail, especially in terms of FIGS. 3 and 4. On the upper face 30 of the bandlike support element 12, facing away from the windshield 25, a single- or multiple-part component 32 extending longitudinally of the wiper blade 10 is secured; it is made from a rubber-elastic material, preferably a plastic, whose hardness is less than the hardness of the rubber-elastic wiper strip 14. This wiper strip 14 is disposed on the lower face 34, toward the window 25, of the support element 12. As FIG. 1 shows, the component 32 extends over the entire length of the wiper blade 10. It has a cross section in the shape of a triangle or wedge (FIG. 3). In the exemplary embodiment, to that end, the shape of a non-isosceles triangle has been selected. The longest side 36 of this triangle forms a leading-edge face for the relative wind created by the motor vehicle, which is symbolized by the arrow 38 in FIG. 3. A second, shorter side 40 of the triangular shape faces toward the upper face 30 of the support element 12. The two faces, facing one another, of the support element 12 and 40 of the component 32 are joined together by gluing.

To explain the mode of operation of the wiper blade of the invention, see FIG. 4, in which all the necessary parts of the wiper blade are shown in basic form. During operation of the wiper blade, whose operating motion is represented by the double arrow 42 when the wiper blade is displaced with its wiper strip 14 over the surface 26 of the window, the support element 12 is located in a plane that extends substantially parallel to the surface 26 of the window. The wiper blade 10 then experiences a contact pressure 52 (FIG. 3) that is countered during wiper blade operation, especially at high vehicle speeds, by a liftoff tendency acting in the direction of the arrow 54 in FIG. 4. Since the leading-edge face 36 of the component 30 facing into the wind 38, and forms an acute angle a with the surface 26 of window 25, the pressure of the relative wind 38 generates a force component that is

4

represented by the arrow 56 in FIG. 4. This force component 56 acts counter to the liftoff tendency (arrow 54) in FIG. 3 and thus keeps the contact pressure (arrow 52) within the legally prescribed range. In a departure from the exactly triangular cross-sectional shape shown in FIG. 3 for the component 12, this component can also be embodied such that its side facing into the wind 38 is provided with a hollow curvature 60, which is represented in FIG. 4 by a dot-dash line. But even with the provision of a hollow curvature on the side toward the wind 38, the component 30 maintains its basically triangular cross-sectional shape and thus also the possibility of the development of a force component (arrow 56 in FIG. 4) from the contact pressure with which the wind (arrow 38) meets the curved leading-edge face 60.

What is claimed is:

1. A wiper blade for windows of motor vehicles, comprising a curved, band-shaped, spring-elastic support element which distributes a pressure applied by a wiper arm and has a concave and a convex surface which defines corresponding planes; an elongated rubber-elastic wiper strip placeable on a window to be wiped and mounted to said concave surface of said support element which faces the window, substantially longitudinally parallel to said concave surface; a connection device provided for a wiper arm and arranged directly on a convex side of said support element; and a component which is separate from said wiper strip and is mounted directly to the convex surface of said support element so as to form a leading-edge face extending in a longitudinal direction of the support element and forming, as seen crosswise to its longitudinal extension, an acute angle with a plane which extends parallel to a plane formed by said convex surface.

2. A wiper blade as defined in claim 1, wherein said leading-edge face is disposed on a face of said support element which faces away from the window.

3. A wiper blade as defined in claim 1, wherein said leading-edge face is formed as a separate elongated component which is solidly joined to said support element.

4. A wiper device as defined in claim 3, wherein said component, seen in a transverse cross-section, has at least approximately a shape of a triangle with one side contacting a face of said support element facing away from the window, and said leading-edge face being formed on another side of said triangle.

5. A wiper device as defined in claim 3, wherein said component is glued to the one side of said support element.

6. A wiper device as defined in claim 3, wherein said component is composed of a rubber-elastic material with a hardness which is no greater than a hardness of said rubber-elastic wiper strip.

7. A wiper device as defined in claim 3, wherein said component is composed of plastic.

8. A wiper blade as defined in claim 1, wherein said leading-edge face extends at least nearly over an entire length of the wiper blade.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 6,292,974 B1                                    Page 1 of 1
APPLICATION NO. : 09/284398
DATED               : September 25, 2001
INVENTOR(S)       : W. Merkel et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Pg., Item (75), after "Buehlertal" delete ",all of (DE)" and substitute --; Friedrich Don, Waiblingen, all of (DE)--

Signed and Sealed this

Second Day of September, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 03/02/2009





U 1743315

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**March 05, 2009**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

**U.S. PATENT:** *6,675,434*
**ISSUE DATE:** *January 13, 2004*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

W. MONTGOMERY
Certifying Officer

US006675434B1

(12) **United States Patent**
Wilhelm et al.

(10) Patent No.: **US 6,675,434 B1**
(45) Date of Patent: **Jan. 13, 2004**

(54) **WIPER BLADE FOR THE GLASS SURFACES OF MOTOR VEHICLES WITH AN ELONGATED, SPRING-ELASTIC SUPPORT ELEMENT**

(75) Inventors: **Manfred Wilhelm**, Eberdingen (DE); **Thomas Kotlarski**, Buehlertal (DE); **Julius Mazurkiewicz**, Diest (BE)

(73) Assignee: **Robert Bosch GmbH**, Stuttgart (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/763,070**

(22) PCT Filed: **Jun. 30, 1999**

(86) PCT No.: **PCT/DE99/01880**
§ 371 (c)(1),
(2), (4) Date: **Feb. 16, 2001**

(87) PCT Pub. No.: **WO01/02224**
PCT Pub. Date: **Jan. 11, 2001**

(51) Int. Cl.⁷ ............................... A47L 1/02; B60S 1/02
(52) U.S. Cl. ............................ 15/250.454; 15/250.43
(58) Field of Search ......................... 15/250.44, 250.44, 15/250.451, 250.452, 250.453, 250.454

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,427,637 A    2/1969   Quinlan

| | | |
|---|---|---|
| 3,785,002 A | 1/1974 | Quinlan et al. |
| 4,360,943 A | 11/1982 | Thompson |
| 5,052,072 A | 10/1991 | Chen |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 196 50 159 A | 6/1998 |
| DE | 198 02 451 A | 7/1999 |
| EP | 0 646 507 A | 4/1995 |

*Primary Examiner*—Terrence R. Till
(74) *Attorney, Agent, or Firm*—Michael J. Striker

(57) **ABSTRACT**

In a wiper blade (**10**) a termination part (**26** or **126** or **232** or **326**) which covers each end of the wiper blade (**10**) has a base body (**28**), located on the side remote from the window (**18**) and bracing itself on the wiper blade (**16, 20**) which base body is provided with hook-like extensions (**30** or **330**) that cross the support element (**126**) on both of its long sides and engage the side of the support element toward the window from behind; if at least one detent shoulder (**36** or **132**) pointing toward the other end portion is disposed on each of the two end portions of the support element, and a counterpart shoulder (**38** or **134**) present on the termination part is associated with the detent shoulders; and if furthermore at least one of the two shoulders and/or at least one of the two extensions is elastically deflectable.

**13 Claims, 4 Drawing Sheets**





Copy provided by USPTO from the PIRS Image Database on 03/02/2009

**U.S. Patent**     Jan. 13, 2004     Sheet 1 of 4     US 6,675,434 B1



Copy provided by USPTO from the PIRS Image Database on 03/02/2009



Copy provided by USPTO from the PIRS Image Database on 03/02/2009



Copy provided by USPTO from the PIRS Image Database on 03/02/2009



FIG.10



FIG.11



FIG.12

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,675,434 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# WIPER BLADE FOR THE GLASS SURFACES OF MOTOR VEHICLES WITH AN ELONGATED, SPRING-ELASTIC SUPPORT ELEMENT

## BACKGROUND OF THE INVENTION

In wiper blades, the support element is meant, over the entire wiping field swept by the wiper blade, to assure that most uniform possible distribution of the wiper blade contact pressure against the window or glass, which pressure originates in the wiper arm. By element—that is, when the wiper blade is not resting against the window—the ends of the wiper strip, placed entirely against the window during operation of the wiper blade, are urged toward the window by the then-tensed support element, even if the radii of curvature of spherically curved vehicle windows change at each wiper blade position. The curvature of the wiper blade must, accordingly be somewhat greater than the maximum curvature measured in the wiping field of the window to be wiped. The support element thus replaces the complicated support bracket construction with two spring rails disposed in the wiper strip of the kind used in conventional wiper blades (German Published, nonexamined Patent Application DE-OS 15 05 357).

The invention is based on a wiper blade as generically defined by the preamble to claim 1. In a known wiper blade of this type (U.S. Pat. No. 3,785,002), a shield-like termination part is disposed on each of its two end portions; with a comparatively long tongue, it rests on the top side, remote from the window, of the support element that is constructed of two leaf springs one above the other, and for securing the mounting position in the longitudinal direction, it has a cam that engages a recess of the upper leaf spring. Crosswise to the length of the wiper blade, the position securing is effected by means of a tunnel-like embodiment of the wiper strip on its two end regions that surround the support element together with the tongues of the two termination parts. The thus-fixed termination parts completely cover the ends of the wiper strip in the region of the sharp-edged support element. The design of the known wiper blade requires cost-intensive production processes both for the wiper strip and for the support element and the termination parts. Mounting the known wiper blade furthermore requires a plurality of mounting steps that can be done only by hand. Finally, the tongues of the termination parts stiffen the ends of the support element, which—especially in the case of spherically curved windows—has an unfavorable effect on the desired uniform distribution of contact pressure of the wiper strip against the window.

## SUMMARY OF THE INVENTION

In the wiper blade according to the invention, the termination part can be embodied as short enough that no impairment of the elasticity of the support element occurs. The wiper strip can have a constant cross section over its entire length, and thus it can be produced economically by extrusion. Mounting the two termination parts is also done in a simple way by snapping them onto the support element or onto the already preassembled wiper blade, with the wiper strip retained on the support element. This snapping action can also be done by means of an automatic mounting station. The termination parts thus snapped on prevent injuries to persons handling the wiper blade from the ends of the support element, which as a rule have sharp edges.

If the support element is embodied as a one-piece spring band, on one band face of which, toward the window, the wiper strip is secured, and from the other band face of which, remote from the window, the detent shoulder protrudes, the support element can be produced economically and without waste from spring band steel.

In a detent shoulder embodied in this way, it is expedient if on the side of the termination part base body toward the support element, a throat is disposed, on which the counterpart shoulder of the termination part is embodied.

In certain advantageous production methods for the support element, it can happen that some protrusions remain on the long sides of the end regions of the support element, and these protrusions make it more difficult for the termination parts to snap cleanly onto the support element. These restrictions are avoided if cavities for receiving protrusions protruding from the long sides of the support element are disposed in the hook legs, crossing the support element, of the hook-like extensions of the termination part.

In certain versions of the support element, it can be advantageous if the support element is embodied as a one-piece spring band, on one band face of which, toward the window, the wiper strip is secured, and the detent shoulder is embodied on at least one of the two long sides of the support element. It is possible in this respect to provide the detent shoulder on a peripherally open, partial recess disposed laterally on the support element.

An inexpensive embodiment of the counterpart shoulder is attained if the counterpart shoulder is embodied on the hook legs of the hook-like extensions of the termination part that cross the support element.

Especially whenever the width of the support element narrows toward its two ends, it is advantageous if the detent shoulder is embodied on a detent tooth that protrudes from the long side of the support element.

In another production process for the support element, which is expedient in certain cases, it can happen that some small protrusions remain on the face ends of the support element that prevent the termination parts from being snapped onto the support element. If such a method is employed, it has proved advantageous if a recess for receiving a protrusion protruding from the face end of the support element is disposed on the inside wall, covering the face end of the support element, of the termination part.

A further embodiment of the wiper blade of the invention is distinguished in that the hook-like extensions that cross the support element and engage the side of the support element toward the window from behind are each joined by a respective film hinge to the base body of the termination part. The result is an especially simple mounting of the termination parts on the support element, because they merely have to be placed in their operating position on the support element, or on the support element already equipped with the wiper strip; after that, the hook-like extensions need merely be hinged into their securing positions.

Additional security of the connection between the support element and the wiper strip is obtained if the wiper strip, on both of its long sides, has a respective longitudinal groove, the inside of which is engaged by the claw legs, oriented toward one another and disposed on the hook legs, of the termination part.

In a further embodiment of the wiper blade, which is expedient for certain applications, the support element has two elongated, spring-elastic retaining rails, which are each disposed one of the two longitudinal grooves extending along both long sides of the wiper strip, and the retaining rails protrude with their long edges remote from one another out of their longitudinal grooves of the wiper strip, and the detent shoulder is embodied on at least one of these two long edges.

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,675,434 B1

3

In a wiper blade constructed in this way, the counterpart shoulder of the termination part that is associated with the detent shoulder of the retaining rails are disposed on the hook-like extensions that cross the support element having the two retaining rails. Besides the simple mounting of the termination parts, the result, at no additional effort or expense, is that the two retaining rails are reliably secured in their mounting positions of the wiper strip.

The desired simplicity of fastening the termination parts to the support element or wiper blade can be achieved especially well, along with economical production, if the termination part is made from an elastic plastic.

Further advantageous refinements and features of the invention are disclosed in the ensuing description of exemplary embodiments shown in the associated drawing.

BRIEF DESCRIPTION OF THE DRAWING

Shown in the drawing are:

FIG. 1, the wiper blade of the invention in side view;

FIG. 2, a plan view on the wiper blade of FIG. 1;

FIG. 3, a longitudinal section through one end of the wiper blade, taken along the line III—III of FIG. 2, shown enlarged;

FIG. 4, a section through the arrangement of FIG. 3 taken along the line IV—IV;

FIG. 5, a cross section through the arrangement of FIG. 3 taken along the line V—V;

FIG. 6, a section as in FIG. 4 taken along the line VI—VI in FIG. 7, rotated by 90°, through a different embodiment of the invention;

FIG. 7, a section through the arrangement of FIG. 6 taken along the line VII—VII;

FIG. 8, a section as in FIG. 4 taken along the line VIII—VIII in FIG. 9, rotated by 90°, through a different embodiment of the invention;

FIG. 9, a section through the arrangement of FIG. 8 taken along the line IX—IX;

FIG. 10, a section in accordance with FIG. 5 through a further embodiment of the invention;

FIG. 11, a fragmentary sketch, reduced in size, of a support element belonging to the wiper blade, in order to explain one possible production method for the support element; and

FIG. 12, a fragmentary sketch as in FIG. 11, for a different production method for the support element.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

A wiper blade 10 shown in FIGS. 1 and 2 belongs to a wiping apparatus for motor vehicle windows or other glass. The wiper blade 10 is secured to a driven wiper arm 12, represented by dot-dashed lines, that belongs to the wiper system. To that end, it has a connection device 14, with which it is pivotably connected to the free end of the wiper arm 12. The wiper blade 10 has an elongated, spring-elastic support element 16, on one band face of which, toward a window 18 of the motor vehicle, an elongated, rubber-elastic wiper strip 20 is held longitudinally parallel, for instance being glued on. The connection device 14 for the wiper arm 12 is seated on the other band face, remote from the windshield 18, of the support element 16. The wiper arm 12 and thus the wiper blade 10 as well are urged in the direction of the arrow 22 toward the motor vehicle windshield 18, represented by dot-dashed lines in FIG. 1, against which the

4

wiper strip 20 that belongs to the wiper blade 10 can be pressed. In this operating position, the wiper blade 10 is displaced by the wiper arm 12 crosswise to its length over the window 18 in order to clean the surface of the window. In FIG. 1, however, the wiper blade 10 is shown in a position in which only its two ends touch the window 18. To that end—as can be seen from FIG. 1—the unstressed wiper blade is curved more sharply than the window 18. Since the greatest curvature of the window surface is shown in FIG. 1, it is quite clear that the curvature of the wiper blade 10, resting with both ends on the window 18, is greater than the maximum window curvature. Under the contact pressure (arrow 22), the wiper blade presses with its wiper lip 24, over the full length thereof, against the window. In the process, a tension builds up in the spring-elastic support element 16 that assures for a proper contact of the wiper strip or wiper lip, over its entire length, with the window 18.

The special design of the wiper blade 10 will now be described in further detail. As FIGS. 1 and 2 show, one termination part 26 is disposed on each of the ends of the wiper blade 10, and these termination parts cover the face end edges 17 of the support element 16. Especially with support elements 16 made from a spring band steel, the termination parts 26 are intended to prevent the risk of injury from the sharp-edged face ends 17 of the support element 16 in the event that the final user of the wiper blade 10 handles it improperly, for instance when replacing wiper blades.

As FIGS. 3–5 for a first embodiment of the termination part 26 show, the termination part has a substantially plate-like base body 28, which is braced against the support element 16, on its side remote from the window, or on the wiper blade 10. FIG. 5 shows that hook-like extensions 30 are disposed on the base body 28; with legs 32, they cross the two long sides of the support element 16 and engage the support element from behind with claws 34 that adjoin the legs and point toward one another. Since in this exemplary embodiment the support element 16 is wider than the wiper strip 20, the extensions 30 surround only the side regions of the support element 16. To secure the termination parts 26 to the support element 16 in the longitudinal direction of the support element, a detent shoulder 36 pointing toward the other end portion is disposed on both portions of the support element; this detent shoulder is assigned a counterpart shoulder 38 provided in the base body 28 of the termination part 26. The detent shoulder 36 of the support element 16, embodied as a one-piece spring band, is embodied on the edge, pointing toward the other support element end, of a spring tab 40 cut free on three sides sheared out of the spring band and pressed through to the band face of the support element remote from the wiper strip 20; this spring tab is not shown in section in FIG. 4. In the mounting position of the termination part 16 (FIG. 3), this spring tab protrudes into a throat 42, oriented toward it, of the base body 28, and the wall of the throat 42 toward the detent shoulder 36 forms the counterpart shoulder 38 that cooperates with the detent shoulder 36. The mounting of the termination part 26 onto the support element 16 can be achieved by slipping the termination part onto the support element 16 in the longitudinal direction of the support element. Since the termination part is made from an elastic plastic, it can temporarily deflect elastically during assembly, until it reaches its final position. It is also possible for the spring tab 40 to be made elastically resilient, so that temporarily it can deflect until it snaps into the throat 42. In certain production methods for the support element 16, it can happen that there are no protrusions 44, whose origin will be explained hereinafter, remaining on the lateral end regions 15 of the support

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,675,434 B1

5

element 16. If proper mounting of the termination parts 26 is to be possible, cavities 46 for receiving the protrusions 44 are disposed in the legs 32 of the termination part 26 that cross the support element 16. In this case, the mounting is done from above, and the hook-like extensions 30 are deflected toward the side. To that end, the claws 34 have deflection chamfers 33, which in the clipping-on process cause a deflection of the extensions 30.

In a second embodiment of the invention, shown in FIGS. 6 and 7, the termination part 126 corresponds substantially to the termination part 26 described above. FIG. 7 shows that the termination part 126 likewise has a platelike base body 26, on which hook-like extensions 30 are disposed, whose hook legs 32 cross the plane of the support element 16 and, with claws 34, engage the side of the support element or wiper blade toward the window 18 from behind. For securing the mounting position in the longitudinal direction of the wiper blade, the requisite detent shoulder is embodied on the end portions of the two long sides 128 of the support element, on the support element 16 that once again is embodied as a one-piece spring band. This detent shoulder is located on teeth 130, protruding laterally from the long sides 128 of the support element, whose edges pointing toward the other end of the support element 16 form the detent shoulders 132. The counterpart shoulders 134 cooperating with the detent shoulders 132 are formed by the walls, toward the detent shoulders 132, of transverse channels 136, which free up the hook-like extensions 30 relative to the face end 138 of the termination part 126 to allow these extensions to be deflected more easily. As FIG. 6 also shows, a recess 140 is provided in the face end 138, for receiving a protrusion 142 at the face end edge 17 of the support element 16, which protrusion remains from a particular production method for the support element 16, and whose creation will be discussed hereinafter in further detail. It is naturally conceivable in the embodiment of the invention of FIGS. 3–6 as well to provide the crosswise channel 136 instead of the cavities 46. FIG. 6 shows that the two teeth 130 of the support element 16 are provided with approach chamfers 131 that extend at an incline toward the end edge 17 and that in cooperation with oblique connection halves 133 on the legs 32 of the extensions 30 assure easy mounting of the termination parts 126, since when the termination parts are slipped onto the support element 16 in its longitudinal direction, the extensions deflect elastically automatically, until the teeth 130 enter the crosswise channels 136.

In a further embodiment of the invention, shown in FIGS. 8 and 9, the termination part 216 is formed by two elongated, spring-elastic retaining rails 218. Once the wiper blade has been mounted, these two retaining rails are each located in one of two longitudinal grooves 222 present on the two long sides of the wiper strip 220. A strut 224 that forms the bottom of the respective groove remains between the two longitudinal grooves 222 in the wiper strip.

The two retaining rails 218 protrude with their two long edges 226, remote from one another, from their longitudinal grooves 222 of the wiper strip 220. Attachments 228 protruding from the long edges 226 are disposed on each end of the two retaining rails 218, and the shoulders 230 of these extensions, pointing toward the other end of the support element 216, cooperate with counterpart shoulders assigned to them of the termination part 232 when the corresponding termination part is located in the mounting position shown in FIG. 8. Since the termination part used in this embodiment corresponds substantially to the termination part 126 of the embodiment described above, it can be explained by

6

referring to the description of the termination part 126. In a departure from the termination part 126 of FIGS. 6 and 7, the termination part 232 of FIGS. 8 and 9 is provided with a groovelike longitudinal recess 234, for receiving part of the wiper strip 220, only in the region of its base body 28; because of how the retaining rails 218 are disposed in the longitudinal grooves 222 of the wiper strip, this longitudinal recess remains on the side remote from the wiper lip 236 of the wiper strip 220. The mounting of the termination part 232 can be done in the way explained for instance in conjunction with FIGS. 6 and 7 for the proceeding exemplary embodiment. Mounting can be made still easier because the strut 224 that remains between the longitudinal grooves 222 can be deformed elastically, transversely to its length, in the course of mounting the termination parts 232. The counterpart shoulders of the termination part 232, which cooperate with the detent shoulders 230 of the extensions 228, are equivalent to the counterpart shoulders 134 of the previous embodiment.

A further embodiment of the invention, shown in FIG. 10, allows mounting of the termination part 326 in the direction of the arrow 328. In this embodiment, the support element is entirely equivalent to the support element 16 of FIGS. 3–5. In other words, it too has spring tabs 40 on its ends, and these tabs are cut out of it and pressed out of the wall face remote from the wiper strip 320. The detent shoulders 36 are embodied on these spring tabs 40 and cooperate with corresponding counterpart shoulders 38 that are disposed at the throat 42 in the base body 28 of the termination part 326. In the embodiment of FIG. 10, the wiper strip 320 is essentially as wide as the support element 16. On both of its opposed long sides, it has longitudinal grooves 322. In a departure from the embodiment of FIGS. 3–5, the hook-like extensions 330 are joined to the base body 28 of the termination part 326 by film hinges 332. The hook-like extensions 330 are also likewise freed up relative to the face end wall 138 (FIGS. 6 and 7) of the termination part, for instance by means of suitable crosswise channels 136, so that they are pivotable in the direction of the two double arrows 334. For mounting, the termination part 326 is placed in the direction of the arrow 328 onto the band face of the support element 16 remote from the window, so that the spring tab 40 of the support element 16 enters the cavity 46 of the termination part 326, whereupon the detent shoulder 36 and the counterpart shoulder 38 prevent longitudinal shifting of the termination part 326. The fastening of the termination part 326 to the wiper blade is attained and assured by means of a suitable pivoting 334 of the hook-like extensions 330, whose claws 336, becoming slightly deformed, dip into the wall facing them and are firmly held there. Although in this embodiment the hook-like extensions dip into the longitudinal grooves of the wiper strip 320, they still engage the side of the support element toward the window from behind.

It is accordingly a common feature of all the exemplary embodiments that the termination part 26 or 126 or 232 or 326 has a base body 28, braced on the wiper blade and located on the side of the support element remote from the window 18, and this base body is provided with hook-like extensions 30 or 330, crossing the support element on both of its long sides and engaging the side of the support element toward the window from behind; on each of the two end portions of the support element, there is at least one detent shoulder 36 or 132 or 230, pointing toward the other end portion, which is assigned a counterpart shoulder 38 or 134 on the termination part; and at least one of the two shoulders is elastically deflectable. The elasticity of the plastic to be

7

8

used to produce the termination parts 26 or 126 or 232 or 326 should be selected such that on the one band problem-free mounting is possible, but on the other a reliable seat of the termination parts in their mounting position is assured.

In the embodiments described in conjunction with FIGS. 3–5, 6 and 7 and 8 and 9, it can be advantageous if at least one of the claws 34, with a retaining tab 48, engages a longitudinal recess 50 present on the wiper strip 20 or 220, in order to secure the connection, which is subject to especially heavy stress, between the support element and the wiper strip on the ends of the wiper blade.

In one possible production method for the support element 16 (FIG. 11), this support element is cut out of a wide spring band strip, using a cutting tool. To simplify further machining of the support element 16, however, the support elements 16, 16' cut out one after the other (shown in dot-dashed lines) and subsequent ones are left hanging on one another by connecting struts 400, so that the support elements 16, 16' for instance are guided in good order through a bath for treating the support element surfaces and can then be delivered to further handling stations. Shortly before the mounting of the wiper blade, the individual support elements 16, 16' are then separated from one another by breaking the narrow connecting struts 400, as a result of which the protrusions 44 described in conjunction with FIG. 4 remain on each of the support elements.

In another possible production method for the support element 16, 16' (shown in dot-dashed lines in FIG. 12), a narrow spring steel strip is guided in the longitudinal direction through a cutting tool, which cuts the support elements 16, 16' to length as needed, while letting them cohere via a narrow connecting strut 410 for the reason mentioned above. In this case as well, simple further treatment of the support elements 16, 16' thus becomes possible; before the mounting of the wiper blade, they are then separated from one another in that the connecting struts 410 are broken. The small protrusions 142 described in conjunction with FIG. 6 then remain on each support element but do not impair the function of the support element.

What is claimed is:

1. A wiper blade (10) for windows or other glass of motor vehicles, having an elongated, spring-elastic support element (16), on whose side toward the window or glass an elongated, rubber-elastic wiper strip (20) that can be placed against the window or glass is located parallel to the longitudinal axis, and on the side of the support element remote from the window or glass, in the middle portion of the support element, a device for attaching a driven wiper arm is disposed, the two ends of the wiper blade (10) each being covered by a respective termination part (26) in the region of the support element (16), characterized in that the termination part (26) has a base body (28), located on the side of the support element (16) remote from the window (18) and bracing itself on the wiper blade (16, 20), which base body is provided with hook-like extensions (30 or 330) that cross the support element (16) on both of its long sides and engage the side of the support element (16) toward the window from behind; that at least one detent shoulder (36 or 132) pointing toward the other end portion is disposed on each of the two end portions of the support element, and a counterpart shoulder (38 or 134) present on the termination part (26 or 126) is associated with the detent shoulder; and that at least one of the two shoulders (36, 132, 38, 134) and/or at least one of the two extensions (30) is elastically deflectable.

2. The wiper blade of claim 1, characterized in that the support element (16) is embodied as a one-piece spring band, on one band face of which, toward the window, the wiper strip (20) is secured, and from the other band face of which, remote from the window, the detent shoulder (36) protrudes.

3. The wiper blade of claim 2, characterized in that on the side of the termination part base body (28) toward the support element (16), a throat (42) is disposed, on which the counterpart shoulder (38) of the termination part (26) is embodied.

4. The wiper blade of claim 1, characterized in that cavities (46) for receiving protrusions (44) protruding from the long sides of the support element are disposed in the hook legs (32), crossing the support element (16), of the hook-like extensions (30) of the termination part (26).

5. The wiper blade of claim 1, characterized in that the support element (16) is embodied as a one-piece spring band, on one band face of which, toward the window (18), the wiper strip (20) is secured, and that the detent shoulder (132) is embodied on at least one of the two long sides of the support element.

6. The wiper blade of claim 5, characterized in that the counterpart shoulder (134) is embodied on the legs (32) of the hook-like extensions (30) of the termination part (26) that cross the support element (16).

7. The wiper blade of claim 5, characterized in that the detent shoulder (132) is embodied on a detent tooth (130) that protrudes from the long side of the support element.

8. The wiper blade of claim 5, characterized in that a recess (140) for receiving a protrusion (142) protruding from the face end of the support element is disposed on the inside wall, covering the face end (17) of the support element (16), of the termination part (26).

9. The wiper blade of claim 1, characterized in that the hook-like extensions (330) that cross the support element and engage the side of the support element (16) toward the window from behind are each joined by a respective film hinge (332) to the base body (28) of the termination part (326).

10. The wiper blade of claim 9, characterized in that the wiper strip (320), on both of its long sides, has a respective longitudinal groove (322), the inside of which is engaged by the claw legs, oriented toward one another and disposed on the hook legs, of the termination part.

11. The wiper blade of claim 1, characterized in that the support element (216) has two elongated, spring-elastic retaining rails (218), which are each disposed in one longitudinal groove (222) extending along both long sides of the wiper strip; that the retaining rails (218) protrude with their long edges remote from one another out of their longitudinal grooves (222) of the wiper strip (220); and that the detent shoulder (230) is embodied on at least one of these two long edges.

12. The wiper blade of claim 11, characterized in that the counterpart shoulder of the termination part that are associated with the detent shoulder (230) of the retaining rails (218) are disposed on the hook-like extensions (32, 34) that cross the support element (216) having the two retaining rails.

13. The wiper blade of claim 1, characterized in that the termination part (26 or 126 or 232 or 326) is made from an elastic plastic.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 03/02/2009





U 1743315

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**March 05, 2009**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *6,944,905*
ISSUE DATE: *September 20, 2005*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

W. MONTGOMERY

**Certifying Officer**

US006944905B2

(12) **United States Patent**
De Block et al.

(10) Patent No.: **US 6,944,905 B2**
(45) Date of Patent: **Sep. 20, 2005**

(54) **WIPER BLADE FOR CLEANING SCREENS IN PARTICULAR ON MOTOR VEHICLES**

(75) Inventors: **Peter De Block**, Halen (BE); **Peter Wijnants**, Wezemaal (BE)

(73) Assignee: **Robert Bosch GmbH**, Stuttgart (DE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 313 days.

(21) Appl. No.: **10/048,202**

(22) PCT Filed: **Apr. 4, 2001**

(86) PCT No.: **PCT/DE01/01304**

§ 371 (c)(1),
(2), (4) Date: **Apr. 22, 2002**

(87) PCT Pub. No.: **WO01/92073**

PCT Pub. Date: **Dec. 6, 2001**

(65) **Prior Publication Data**

US 2002/0133897 A1 Sep. 26, 2002

(30) **Foreign Application Priority Data**

| May 29, 2000 | (DE) | 100 26 419 |
| Sep. 12, 2000 | (DE) | 100 44 913 |

(51) Int. Cl.[7] ................................................. **B60S 1/38**
(52) U.S. Cl. ............................... 15/250.201; 15/250.43
(58) Field of Search ........................ 15/250.201, 250.43, 15/250.44, 250.361, 250.48

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,814,820 A   12/1957 Elliott

| | | | |
|---|---|---|---|
| 3,088,155 A | * | 5/1963 | Smithers ................ 15/250.201 |
| 3,881,214 A | | 5/1975 | Palu |
| 2003/0014828 A1 | * | 1/2003 | Egner-Walter et al.   15/250.201 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 505 357 | 5/1969 |
| DE | 197 36 368 A | 2/1999 |
| FR | 2679185 | * 1/1993 |
| GB | 2 346 318 A | 8/2000 |
| WO | 00 340 90 A | 6/2000 |
| WO | 01 49537 A | 7/2001 |

* cited by examiner

*Primary Examiner*—Gary K. Graham
(74) *Attorney, Agent, or Firm*—Michael J. Striker

(57) **ABSTRACT**

A wiper blade for cleaning motor vehicles is proposed, which is provided with a band-like, elongated, spring-elastic support element (12). The lower band surface (13) of the support element (12) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window (22), disposed on it so that the longitudinal axes of these two parts are parallel and the upper band surface (11) of the support element (12) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element, is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is comprised of an elastic material. A considerable weight savings for the wiper blade is achieved if the wind deflection strip (42, 142, or 242) has two diverging legs (44, 46), viewed in cross section, which are connected to each other at a common base (48) and whose free ends (50, 52) oriented toward the window (22) are supported on the wiper blade (10), and the attack surface (54) is embodied on the outside of the one leg (44).

**19 Claims, 4 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 03/02/2009

FIG.1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7

US 6,944,905 B2

1

# WIPER BLADE FOR CLEANING SCREENS IN PARTICULAR ON MOTOR VEHICLES

## BACKGROUND OF THE INVENTION

In known wiper blades, the purpose of the support element is to assure as uniform as possible a distribution of the wiper blade pressure against the window, which pressure is exerted by the wiper arm, over the entire wiping field wiped by the wiper blade. Through an appropriate curvature of the unloaded support element—i.e. when the wiper blade is not resting against the window—the ends of the wiper strip, which is placed completely against the window during operation of the wiper blade, are loaded toward the window by the support element, which is stretched in this state, even though the curvature radii of spherically curved vehicle windows change with each wiper blade position. The curvature of the wiper blade must therefore be somewhat sharper than the sharpest curvature measured within the wiping field on the window to be wiped. The support element consequently replaces the expensive support bracket structure with two spring strips disposed in the wiper strip, as is the practice in conventional wiper blades (DE-OS 15 05 357).

The invention is based on a wiper blade. In a known wiper blade of this kind (DE 197 36 368), the wiper blade is provided with a so-called wind-deflection strip so that the airflow-induced tendency of the wiper blade to lift up from the window that occurs at high driving speeds is counteracted by a force component directed toward the window. To this end, the wind-deflection strip has a front side, which is embodied as an attach surface and is acted on chiefly by the relative wind during the reciprocating wiper operation. The cross section of the wind-deflection strip is approximately the shape of a right triangle, whose one leg is oriented toward the support element and whose hypotenuse represents the attach surface. This attach surface encloses an acute angle with the plane of the reciprocating motion of the wiper blade and with the surface of the window. The triangular profile used requires a relatively large amount of material for the manufacture of the wind-deflection strip, which is reflected in the costs for the wiper blade. Moreover, the weight of the wiper blade is considerably increased in an undesirable fashion. Namely, the increased mass, which must be accelerated in the reciprocating wiper operation, requires a more powerful drive unit and a more expensive design of the reciprocating mechanism connected to this drive unit. In addition, the profile-induced rigidity of a wind-deflection strip that is shaped in this way can impair the operating behavior of the support element and/or the wiper blade.

## SUMMARY OF THE INVENTION

In the wiper blade according to the invention, the weight of the wind-deflection strip is considerably reduced by the cross sectional embodiment of an angular profile. Moreover, in addition to the savings in material, there is also a reduction of the mass being moved, with the resulting advantages with regard to the design of the drive unit and the reciprocating mechanism. In addition, the rigidity of the wind deflection strip is considerably reduced and as a result, so is its influence on the bending and elastic behavior of the wiper blade support element.

If the wiper blade part of a device, which is for connecting the wiper blade to a reciprocally driven wiper arm, is supported on the upper band surface of the support element

2

in its middle section and an end cap is placed at both ends of the support element, then a simple installation of the wind deflection strip is produced when the strip is comprised of two sections, each of which extends between a respective end cap and the device piece.

In a modification of the invention, the profile of the cross section is the same over the entire length of the wind deflection strip. As a result, it can be manufactured in a particularly inexpensive manner using the extrusion process.

In a modification of the invention, the two legs of the wind deflection strip are connected to each other by a wall in the vicinity of the two wiper blade ends. With the use of a wind deflection strip of this kind, which is to be manufactured in an injection mold, the end caps to be placed at the ends of the support element or the wiper blade can be eliminated because this wall constitutes the end of the wind deflection strip. Furthermore, a wind deflection strip manufactured in this way can be arbitrarily shaped. It can also easily adapt to arbitrary shapes of the support element, for example when the support element has a cross sectional reduction in the longitudinal direction from the middle region toward the ends.

It is also possible to embody the tapering of the cross section of the wind deflection strip toward its ends in accordance with stylistic considerations. Thus on the one hand, it can be useful if the wall is aligned essentially perpendicular to the support element.

On the other hand, an attractively formed end of the wind deflection strip can also be achieved through a correspondingly oblique alignment of the wall in which an outside of the wall encloses an acute angle α with the support element. It goes without saying that each of the two ends of two sections belonging to a wind deflection strip can be embodied differently in accordance with the measures outlined above.

In certain applications, in order to simplify installation of the wiper blade, it can be advantageous if the wall is provided with a recess, which is open at the edge toward the window and whose width is greater than the depth of wiper strip in the vicinity of the support element and whose depth reaches to the upper band surface of the support element.

An operationally reliable support of the wind deflection strip on the wiper blade is achieved through attachment of the leg ends to the wiper blade.

Such an attachment to the wiper blade can be easily and inexpensively achieved by means of a glued attachment.

If the free leg ends of the wind deflection strip are attached, preferably glued, to the support element of the wiper blade, this assures a precise positioning of the wind deflection strip on the wiper blade.

The positioning is further improved if in the embodiment of the concept of the invention, the free leg ends of the wind deflection strip are provided, at least in sections, with claw-like projections, which encompass the mutually opposed outer edge strips of the support element.

When using wind deflection strips, which are provided with the above-mentioned end walls, it is useful if the claw-like projections extend from the leg ends into the vicinity of the wall and suitably encompass end regions of the support element.

The claw-like projections, which are used as positioning aids, offer particularly advantageous regions for the glued attachment.

For a particularly stable, operationally reliable attachment of the wind deflection strip to the support element, the claw

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,944,905 B2

3

surface disposed on the upper band surface of the support element has a greater width than the claw surface engaging the lower band side.

The attack surface of the wind deflection strip is suitably embodied as a flute on the outer wall of the one leg.

In order to avoid an unfavorable flow progression of the relative wind sweeping past the wiper blade in the vicinity of the wiper blade ends, the end caps are provided with a flute, which extends in the projection of the flute of the wind deflection strip.

In order to counteract this disadvantage in the middle section of the wiper blade as well, the wiper blade part of the connecting device is provided with a flute, which extends in the projection of the flute of the wind deflection strip.

So that the distribution of the wiper blade pressure against the window by means of the individually designed support element is not significantly influenced by the wind deflection strip, the hardness of the material for the wind deflection strip is at most 40 percent greater than the hardness of the material for the wiper strip.

In this connection, it is particularly advantageous if the hardness of the material for the wind deflection strip is at most 20 percent greater than the hardness of the material for the wiper strip.

In many instances, it has turned out to be advantageous if the wiper strip has a Shore hardness A of between 64 and 71 and the wind deflection strip has a Shore hardness A of between 70 and 78.

Other advantageous modifications and embodiments of the invention are disclosed in the following description of exemplary embodiments shown in the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective representation of a wiper blade according to the invention, with the wiper arm indicated with dot-and-dash lines,

FIG. 2 shows an enlarged cross section through the wiper blade along the line II—II in FIG. 1,

FIG. 3 shows the cross section according to FIG. 2 through the wind deflection strip associated with the wiper blade, without the wiper strip and the support element,

FIG. 4 is a partial depiction according to FIG. 1 of a differently embodied wiper blade according to the invention,

FIG. 5 shows an enlarged view of the wiper blade according to FIG. 4, viewed in the direction of the arrow V,

FIG. 6 shows an enlarged partial section along the line IV—IV through the end of the wind deflection strip associated with the wiper blade according to FIG. 4, whose position is clarified in FIG. 5 by a line VI—IV, and

FIG. 7 shows a section according to FIG. 6 through another embodiment of a wind deflection strip associated with the wiper blade according to the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

A wiper blade 10 shown in FIG. 1 has a band-like, elongated, spring-elastic support element 12 (FIGS. 1 and 2), whose lower band side 13 oriented toward the window has an elongated, rubber-elastic wiper strip 14 attached to it so that the longitudinal axes of these two parts are parallel. On the upper band side 11 of the support element 12, which is oriented away from the window, which support element is also referred to as a spring strip, the middle section of the

4

support element is provided with the wiper blade part 15 of a connecting device, with the aid of which the wiper blade 10 can be detachably connected in an articulating fashion to a wiper arm 16 indicated with dot-and-dash lines in FIG. 1. The wiper arm 16, which is driven to reciprocate in the direction of a double arrow 18 in FIG. 1, is loaded in the direction of an arrow 24 toward the window to be wiped, for example the windshield of a motor vehicle, whose surface is indicated with a dot-and-dash line 22 in FIG. 1. Since the line 22 is intended to represent the sharpest curvature of the window surface, it is clear that the curvature of the wiper blade, which is not yet under tension and rests with both of its ends against the window, is sharper than the maximal window curvature (FIG. 1). As a result of the pressure (arrow 24), the wiper blade 10 rests with its wiper lip 26 against the window surface 22 over its entire length. This causes a tension to be built up in the spring-elastic metal support element 12, which assures a uniform contact of the wiper strip 14 and the wiper lip 26 over its entire length against the window surface 22 and assures a uniform distribution of the pressure (arrow 24).

The particular embodiment of the wiper blade according to the invention will now be discussed in detail.

FIG. 2 shows that the support element 12 in the exemplary embodiment has two spring strips 30, which are disposed in a common plane approximately parallel to the window surface 22. The two spring strips 30 protrude with their mutually opposed inner edge strips 32 into longitudinal grooves 34 of the wiper strip 14, which are open at the edges, and protrude from these longitudinal grooves 34 with external edge strips 36. The two spring strips 30 are secured in their longitudinal grooves 34 by the part 15 of the connecting device in the middle region of the wiper blade and by end caps 38 disposed at each end of the wiper blade. To this end, these components 15 and 38 encompass the outer edge strips 36 of the spring strips 30. Sections 40 of a wind deflection strip 42 are respectively disposed between the part 15 and each of the two end caps 38. The disposition of the wind deflection strip 42 and its embodiment can be inferred from FIGS. 2 and 3. The wind deflection strip 42 comprised of an elastic material, for example a plastic, and its two sections 40 rest against the upper band side 11 of the support element 12. Viewed in cross section, the wind deflection strip 42 has two diverging legs 44 and 46, which are connected to each other by a common base 48. The free ends 50 and 52 of the legs 44 and 46 are oriented toward the window 22 and are supported against the wiper blade 10 or its support element 12. An attack surface 54, which is fluted in the exemplary embodiment, is embodied on the outside of the one leg 44 and the relative wind chiefly flows against this attack surface 54 during operation of the wiper device. The cross sectional form of the wind deflection strip 42 and/or of its sections 40 shown in FIGS. 2 and 4 is the same over the entire length so that these sections can be inexpensively extruded. At their free leg ends 50 and 52, the sections 40 of the wind deflection strip 42 are attached to the wiper blade and/or to its support element 12. Suitably, the free leg ends of the wind deflection strip 42 are glued to the support element 12 of the wiper blade 10. To that end, the free ends 50 and 52 of the legs 44 and 46 are provided with claw-like projections 56, 58, which suitably encompass the mutually opposed outer edge strips 36 of the support element 12. The surfaces of the claw-like projections 56, 58 resting against the edge strips 36 serve as gluing surfaces with which the sections 40 of the wind deflection strip 42 are glued to the support element. For a particularly stable glued attachment, the claw surfaces 60 resting against the upper band side 11 of the support element

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,944,905 B2

5

12 (FIG. 3) have a greater width 62 than the claw surfaces 64 engaging the lower band surface 13, whose width is labeled with the reference numeral 66 in FIG. 3. It can be inferred from FIG. 1 that the fluted attack surface 54 of the sections 40 also extends on the end caps 38 and on the part 15 of the connecting device. The fluting of the end caps 38 is labeled with the reference numeral 68 in FIG. 1, while the fluting of the component 15 is provided with the reference numeral 70. The wind deflection strip 42 or its sections 40 have a cross section that remains uniform over its entire length so that it can be inexpensively extruded.

FIGS. 4 to 6 show another embodiment of the wiper blade 110 according to the invention. Since the deviations from the wiper blade 10 relate solely to the wind deflection strip, FIG. 4 shows only a section of the wiper blade 110, which reaches from one end to the part 15 of the connecting device, which part is no longer depicted. The design of the wind deflection strip 142 associated with the wiper blade 110 corresponds to the exemplary embodiment described above insofar as its attachment to the support element 12 at the outer edge strips 36 of the support element spring strips 30 is concerned, so that the attendant details need not be discussed further. Therefore, the reference numerals that have been indicated in the embodiment described above will also be used below for the embodiments of the wind deflection strip 142 that have already been explained. Viewed in cross section, the wind deflection strip 142 likewise has two legs 44, 46, which are connected to each other at a common base 48. The free ends 50 and 52 of the legs 44 and 46 are likewise provided with claw-like projections 56 and 58, which suitably encompass the outer edge strips 36 of the spring strips 30. In this exemplary embodiment as well, the two sections 140 of the wind deflection strip 142, which are produced in an injection molding die, are glued to the support element 12 of the wiper blade 10. The claw-like projections permit the wind deflection strip to be simply clipped onto the support element and thus permit a precise positioning for the gluing process. Also, the glue points reliably overlap each other. In addition, a fluted attack surface 54 is likewise embodied on the leg 44 of the wind deflection strip 142 or on its sections 140 (FIG. 5).

Diverging from the exemplary embodiment according to FIGS. 1 to 3, the two legs 44 and 46 are connected to each other by means of a wall 144 at the wiper blade ends and at the ends of the sections 140 disposed there, which wall extends from the base 48 to the claw-like projections 56, 58. The wall 144 is aligned essentially perpendicular to the support element 12 and to the claw-like projections 56, 58 encompassing it.

As FIGS. 5 and 6 show, the wall 144 is provided with a recess 146, which is open at the edge oriented toward the window and whose width 148 is greater than the width 150 of the wiper strip 14 indicated with dot-and-dash lines in FIG. 5. The depth 152 of the recess 146 reaches to the upper band surface 11 of the support element 12. This can be conceptualized on the basis of the upper claw surface 60 in FIG. 5, which when the wind deflection strip is glued to the support element, rests against the upper band side 11 of the support element 12 or against the top of its spring strips 30. It can also be inferred from FIG. 6 that the claw-like projections extend from the ends of the legs 44, 46, into the vicinity of the wall 144 and suitably encompass the end regions 112 of the support element 12, which are indicated with dot-and-dash lines. In FIG. 6, the claw-like projection of the wall 144 of the section 140 has been labeled with the reference numeral 154. The claw-like projections 56, 58 in the exemplary embodiments according to FIGS. 1 to 3 and

6

4 to 6 are also used to cover the sharp, free end edges of the support element 12 and are used as a reliable placement aid for the sections 40 and 140 when they are glued to the support element 12.

FIG. 7 shows an alternative disposition of the wall 144 (FIG. 6). The wall 244 situated in the end region of the wind deflection strip 242 is disposed so that its outside 246 encloses an acute angle α with the support element 12. This can be conceptualized on the basis of the claw-like projection 58, which encompasses the support element when the wind deflection strip 242 is connected to it and rests with its claw surface 60 against the upper band side 11 of the support element 12. Also in this embodiment, the wall 244 and/or its claw-like projection 254 is provided with a recess 248, which corresponds in its disposition and dimensions to the recess 146 according to the embodiment in FIGS. 4 to 6. FIG. 7 also shows that claw-like projections 254 are likewise disposed on the wall 244, which suitably encompass end regions 112 of the support element 12 that is indicated with dot-and-dash lines.

So that the desired properties of the wiper blade are not influenced to an impermissible degree by the design of the support element, the hardness of the material for the wind deflection strip 42 is at most 40% greater than the hardness of the material for the wiper strip 14. It is particularly advantageous to limit this value to 20%. In practice, it has turned out that the most favorable results with regard to the wiping quality over a broad vehicle speed range are achieved if the wiper strip 14 has a Shore hardness A of 68 and the wind deflection strip 42 has a Shore hardness A of 72.

In this connection, the thickness of the legs 44 and 46 is also of particular importance in the matching of the selected hardness of the materials for the wind deflection strip and the wiper strip.

All of the exemplary embodiments share the common trait that the wind deflection strip 42, 142, or 242 has two diverging legs 44 and 46, viewed in cross section, which are connected to each other at a common base 48 and whose free ends 50 and 52, which are oriented toward the window 22, are supported on the wiper blade 10, where the outflow surface 54 is embodied on the outside of the one leg 44.

By contrast to the exemplary embodiments described above, though, instead of the wind deflection strip 42 having two sections 40, it is also conceivable for it to be made up of one piece that extends over and covers the device part 15. Naturally, in this case, the wind deflection strip must have at least one appropriate recess, which permits the articulating connection between the wiper arm and the wiper blade.

It is also conceivable that due to particular criteria, it can be quite useful for the wiper blade according to FIG. 1 or FIG. 4 to be provided with only one section 40 or 140 of the wind deflection strip, which is fastened to the wiper blade either in its region close to the reciprocation axis or its region remote from this axis.

What is claimed is:

1. A wiper blade for cleaning windows, comprising:

a band-like, elongated, spring-elastic support element (12), wherein a lower band surface (13) of the support element oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), disposed on it so that the longitudinal axes of these two parts are parallel, wherein the wiper strip can be placed against a window, and wherein an upper band surface (11) of the support element (12; 30, 30) has a wind deflection strip (42) disposed on it, which extends in the longi-

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,944,905 B2

7

tudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, wherein the two diverging legs are connected to each other at a common base (48) and wherein free ends of the two diverging legs oriented toward the window (22) are supported on the support element of the wiper blade (10), and the attack surface (54) is embodied on the outside of the one leg (44) above the support element, and the legs (44, 46) form therebetween an angular hollow space that expands from an upper narrowest point of the base downwardly to the upper band surface of the support element (12; 30, 30) and are in contact with the upper band surface (11) of the support element said legs contacting the upper band surface at a location laterally spaced from said upper rubber-elastic wiper strip.

2. The wiper blade according to claim 1, wherein the profile of the cross section is the same over the entire length of the wind deflection strip (42).

3. The wiper blade according to claim 1, wherein the two legs (44, 48) of the wind deflection strip (142 or 242) are connected to each other by means of a wall (144 or 244) in the vicinity of the two wiper blade ends.

4. The wiper blade according to claim 3, wherein the wall (144) is aligned essentially perpendicular to the support element (12).

5. The wiper blade according to claim 3, wherein the outside (246) of the wall (244) encloses an acute angle (a) with the support element (12).

6. The wiper blade according to claim 1, wherein the free leg ends (50, 52) of the wind deflection strip (42, 142, or 242) are glued to the support element.

7. The wiper blade according to claim 1, wherein the free leg ends (50, 52) of the wind deflection strip (42, 142, or 242) are attached, preferably glued, to the support element (12) of the wiper blade (10).

8. The wiper blade according to claim 1, wherein the free leg ends (50, 52) of the wind deflection strip (42, 142, or 242), at least in sections, are provided with claw-like projections (56, 58), which suitably encompass the mutually opposed outer edge strips (36) of the support element (12).

9. The wiper blade according to claim 8, wherein a glued attachment is produced in the vicinity of the claw-like projections (56, 58).

10. The wiper blade according to claim 1, wherein the attack surface (54) of the wind deflection strip (42, 142, or 242) is embodied as a flute on the outer wall of the one leg (44).

11. The wiper blade according to claim 1, wherein a hardness of the material for the wind deflection strip (42) is at most 40 percent greater than the hardness of the material for the wiper strip (14).

12. The wiper blade according to claim 1, wherein a hardness of the material for the wind deflection strip (42, 142, or 242) is at most 20 percent greater than the hardness of the material for the wiper strip (14).

13. A wiper blade for cleaning windows, comprising:
a band-like, elongated, spring-elastic support element (12), wherein a lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and wherein an upper band surface (11) of the support element has a wind deflection strip

8

(42) disposed on it, wherein the wind deflection strip extends in a longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, wherein the two diverging legs are connected to each other at a common base (48) and wherein free ends of the two diverging legs oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), wherein the upper band surface (11) of the support element (12), in its middle section, includes a wiper blade part (15) for connecting the wiper blade (10) to a reciprocally driven wiper arm (16) and is supported, wherein an end cap (38) is respectively disposed at both ends of the support element (12), and wherein a section (40) of the wind deflection strip (42) is disposed between and in contact with each respective end cap (38) and the device piece (15).

14. A wiper blade for cleaning windows, comprising:
a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), wherein the two legs (44, 46) of the wind deflection strip (142 or 242) are connected to each other by means of a wall (144 or 244) in the vicinity of the two wiper blade ends, and wherein the wall (144 or 244) is provided with a recess (146 or 246) that is open at the edge oriented toward the window (22), wherein the width (148) of this recess is greater than the width (150) of the wiper strip (14) in a vicinity of the support element and its depth (152) reaches to the upper band surface (11) of the support element (12).

15. A wiper blade for cleaning windows, comprising
a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the wiper blade (10), and the attack surface (54) is embodied on the outside of the one leg (44), wherein

Copy provided by USPTO from the PIRS Image Database on 03/02/2009

US 6,944,905 B2

**9**

the free leg ends (50, 52) of the wind deflection strip (42, 142, or 242), at least in sections, are provided with claw-like projections (56, 58), which suitably encompass the mutually opposed outer edge strips (36) of the support element (12), and wherein the claw-like projections extend from the leg ends (50, 52) into a vicinity of a wall (154 or 254), and suitably encompass end regions (112) of the support element (12).

16. A wiper blade for cleaning windows, comprising:

a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), wherein the free leg ends (50, 52) of the wind deflection strip (42, 142, or 242), at least in sections, are provided with claw-like projections (56, 58), which suitably encompass the mutually opposed outer edge strips (36) of the support element (12), and wherein the claw surfaces (60) resting against the upper band surface (11) of the support element (12) have a greater width (62) than the claw surfaces (64) engaging the lower band side (13).

17. A wiper blade for cleaning windows, comprising:

a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), wherein the upper band surface (11) of the support element (12), in its middle section, the wiper blade part (15) of a device, which is for connecting the wiper blade (10) to a reciprocally driven wiper arm (16), is supported, wherein an end cap (38) is respectively disposed at both ends of the support element (12), wherein a section (40) of the wind deflection strip (42) is disposed between

**10**

each respective end cap (38) and the device piece (15), and wherein the end caps (38) are provided with a flute (68), which extends in a projection of the flute of the attack surface (54) of the wind deflection strip.

18. A wiper blade for cleaning windows, comprising:

a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), wherein the upper band surface (11) of the support element (12), in its middle section, the wiper blade part (15) of a device, which is for connecting the wiper blade (10) to a reciprocally driven wiper arm (16), is supported, wherein an end cap (38) is respectively disposed at both ends of the support element (12), wherein a section (40) of the wind deflection strip (42) is disposed between each respective end cap (38) and the device piece (15), and the wiper blade part (15) of the connecting device is provided with a flute (70), which extends in a projection of the flute of the attack surface (54) of the wind deflection strip (42).

19. A wiper blade for cleaning windows, comprising:

a band-like, elongated, spring-elastic support element (12), whose lower band surface (13) oriented toward the window (22) has an elongated, rubber-elastic wiper strip (14), which can be placed against the window, disposed on it so that the longitudinal axes of these two parts are parallel and whose upper band surface (11) has a wind deflection strip (42) disposed on it, which extends in the longitudinal direction of the support element (12), is provided with an attack surface (54) oriented toward the main flow of the relative wind, and is made of an elastic material, wherein the wind deflection strip (42, 142, 242) has two diverging legs (44, 46), viewed in transverse cross section, which are connected to each other at a common base (48) and whose free ends oriented toward the window (22) are supported on the support element, and the attack surface (54) is embodied on the outside of the one leg (44), and wherein the wiper strip (14) has a Shore hardness A of between 64 and 71, in particular 68, and the wind deflection strip (42) has a Shore hardness A greater than the wiper strip and is of between 70 and 78, in particular 72.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 03/02/2009





U 7222974

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**January 28, 2010**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

**U.S. PATENT:** *7,451,520*
**ISSUE DATE:** *November 18, 2008*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**



**P. SWAIN**
**Certifying Officer**



US007451520B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,451,520 B2**

Weiler et al.     (45) **Date of Patent:**     **\*Nov. 18, 2008**

(54) **WIPER BLADE TO CLEAN WINDSHIELDS, IN PARTICULAR OF AUTOMOBILES**

(75) Inventors: **Michael Weiler**, Karlsruhe (DE); **Joachim Zimmer**, Sasbach (DE); **Jan Dietrich**, Buehl (DE)

(73) Assignee: **Robert Bosch GmbH** (DE)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 296 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/371,806**

(22) Filed: **Feb. 21, 2003**

(65) **Prior Publication Data**

US 2003/0159229 A1     Aug. 28, 2003

(30) **Foreign Application Priority Data**

Feb. 22, 2002     (DE) ................................. 102 07 706

(51) **Int. Cl.**
**B06S 1/38**     (2006.01)

(52) **U.S. Cl.** .............................. 15/250.201; 15/250.48; 15/250.452

(58) **Field of Classification Search** ............ 15/250.201, 15/250.42–250.44, 250.451, 250.452, 250.48, 15/250.361, 250.32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,088,155  A  \*  5/1963  Smithers ............... 15/250.201

| | | | | |
|---|---|---|---|---|
| 3,881,214 | A | | 5/1975 | Palu |
| 6,944,905 | B2 \* | 9/2005 | De Block et al. ....... 15/250.201 |
| 7,007,339 | B2 \* | 3/2006 | Weiler et al. .......... 15/250.201 |
| 2003/0014828 | A1 \* | 1/2003 | Edner-Walter et al. . 15/250.201 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1 505 397 | 10/1969 |
| DE | 100 26 419.0 | 5/2000 |
| DE | 100 07 800 | 8/2001 |
| GB | 2 106 775 | 4/1983 |
| GB | 2 145 928 | 4/1985 |
| WO | WO 01/51324 | 7/2001 |

\* cited by examiner

*Primary Examiner*—Shay L Karls
(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

(57)     **ABSTRACT**

A wiper blade is proposed with which to clean windshields, in particular of automobiles. The wiper blade (**10**) has an elongated belt-shaped, flexible spring support element (**12**), with a separate first component designed as an elastic rubber wiper strip (**14**) that can be pressed against the windshield (**20**) located at the bottom belt surface (**13**) of the support element and with a separate second component located at the other upper belt surface (**11**) of the support element (**12**) that is designed as a wind deflection strip (**24**) that extends at least along a longitudinal section of the wiper blade (**10**). A particularly low-disruption wiper blade results if the two components (**14**, **24**) are connected together at their sides facing one another.

**15 Claims, 3 Drawing Sheets**





Fig.1

Fig.2

Fig.3

Copy provided by USPTO from the PIRS Image Database on 01/28/2010







Fig.8



Fig.9



Fig.10



Fig.11



Fig.12



Fig.13

Copy provided by USPTO from the PIRS Image Database on 01/28/2010

US 7,451,520 B2

**1**

### WIPER BLADE TO CLEAN WINDSHIELDS, IN PARTICULAR OF AUTOMOBILES

#### PRIOR ART

In wiper blades that are, instead of the so-called stirrup system (DE1,505,397), provided with an elongated belt-shaped, flexible spring support element for the purposes of distributing a force originating from the wiper arm so as to properly press the wiper strip against the windshield to be wiped, the unloaded support element must exhibit a specific natural curvature that is greater than the largest curvature in the wipe field of the windshield to be wiped. When the wiper blade is pressed against the windshield, it first touches the vehicle windshield (20) at the two ends 10' of its wiper strip only (FIG. 1). Under the effect of a force originating from the wiper arm, the entire length of the wiper strip is then pressed against the windshield, wherein the support element is placed under tension. This tension must exist along the entire wipe field passed over by the wiper blade—within certain limits—, even if the radii of curvature of spherically curved vehicle windshields change at each position of the wiper blade.

If a known wiper blade of the type identified in the pre-amble of claim 1 of 100 26 419.0 is moved along the uneven spherically curved windshield and the wiper blade is deformed from an operating position that approaches its out-stretched position—near the center of the windshield to be wiped—to its maximum curved operating position—near the edges of the windshield—under the pressure of the support element or due to the surface of the windshield, a relative motion results in the longitudinal direction between the belt surface of the support element and the surface of the wind deflection strip pressed against it, leading to tensions in the wiper blade. These tensions can negatively impact the wipe results and moreover can result in undesirable squeaking noises during wiper operation due to the generation of a braking effect at the flexible rails that disrupts this relative motion, caused by the friction of the material needed to make up the wind deflection strip, which is unfavorable with respect to the flexible rails. Since these undesirable effects also can occur between the wiper strip and the support element and can only be eliminated or lessened through suitable measures, the friction between the support element and the wind deflection strip increases the disadvantages illustrated.

#### SUMMARY OF THE INVENTION

In the wiper blade according to the invention, contact between the wind deflection strip and the support element can be prevented or at least greatly reduced, since the wind deflection strip is not connected to the support element, but is connected directly to the wiper strip and held there.

If the support element of the wiper blade has two flexible rails spaced apart from one another, an invisible, integrated connection between the two components results—wiper strip and wind deflection strip—by the fact that these components are connected to one another via the longitudinal slot remaining between the flexible rails.

This can be accomplished cost-effectively by extending one of the two components that has a stem-like continuation along the longitudinal slot to the belt surface of the support element that is opposite to it, and furthermore since the connection of the two components with one another is realized at the continuation.

In order to ensure a stabile connection between the two components when operating of the wiper blade, and one that is able to handle any high loads that may occur, it is useful if

**2**

the continuation of one component has a profile shape as seen in cross section, with which a mating profile shape of the other component is associated that is matched with the first, as seen in cross section.

According to an advantageous development of the invention, the stem-like continuation is placed at a wall of the wiper strip that faces the flexible rails, wherein the continuation widens into a belt shape after penetrating the longitudinal slot, forming longitudinal holding slots for the flexible rail, and covers the inner strip edges of the flexible rails that face one another.

For manufacturing reasons, it has been shown to be advantageous if the belt-like broadening of the continuation is designed to be a positive profile shapes to which a negative profile shape is snugly matched at the wind deflection strip, said negative profile shape being designed as a notched recess, and moreover if the notched recess is designed at a wall of the wind deflection strip that faces the flexible rails.

In certain applications it can be useful if the continuation is placed at a wall of the wind deflection strip that faces the flexible rails, wherein the continuation broadens into a belt after it penetrates the longitudinal slot and reaches under the inner strip edges of the flexible rails that face one another, the belt-like broadening of the wind deflection strip continuation then contributing to the securing of the wiper strip to the support element.

Advantages result with respect to a stabile connection between the wiper strip and the wind deflection strip if for one thing the belt-like broadening of the continuation creates a positive profile shape with which a negative profile shape fashioned as a notched recess is associated that is matched with the wiper strip, and furthermore if the notched recess is designed at a wall of the wiper strip that faces the flexible rails.

In a further development of the invention, a separate, third bar-shaped component is provided to connect the wiper strip to the wind deflection strip, said component being provided with a longitudinal notch at each of two longitudinal sides opposite one another, said notches lying in a common plane for the purposes of holding the inner strip edges of the flexible rails that face one another. Between these notches remains a stem whose width is matched with the slot width. The width of the longitudinal notches is matched to the thickness of the flexible rails. The two other longitudinal sides of the bar-shaped component form positive profile shapes with which negative profile shapes associate that fit both into the wiper strip as well as into the wind deflection strip. This third component is connected first to either the wiper strip or to the wind deflection strip, thereby becoming part of this component, which is then connected to the other component. The advantage of this further development can be seen in that each of these components can be manufactured without having to compromise on the material that is suited optimally for meeting the requirements placed on each component. In particular, the material to be used for the third bar-shaped component can constitute an especially good slip partner to the material of the flexible rails of the support element.

In a continuation of the conceptual idea of the invention, the external strip edges, which face away from one another, of the two flexible rails of the support element protrude at least part of the way out from the longitudinal notches that hold them, wherein an air gap remains between the flexible rails and the wall of the wind deflection strip that directly faces it. This configuration of the wiper blade permits the complete elimination of any contact between the support element and the wind deflection strip and thus also completely eliminates

**Copy provided by USPTO from the PIRS Image Database on 01/28/2010**

US 7,451,520 B2

3

the disadvantages referred to above in the fastening of the wind deflection strip to the support element.

At particularly strong loads of the wind deflection strip, for example during high vehicle speeds, it can be advantageous if the wind deflection strip is supported off of knife-edge shaped stops at the support element that are placed at its two longitudinal edges. The knife-edge shape of the support stops, only one of which must be placed at the longitudinal side of the wind deflection strip that faces away from the incident surface of the wind deflection strip if desired, minimizes the size of the surface contact and thus the negative effects already described associated with it.

An especially lightweight embodiment of the wiper blade results when the wind deflection strip has two diverging sides as seen in cross section that are connected at a common base to one another. The free ends of these sides that face the support element are supported off of the support element, via knife-edge shaped stops in particular, and supplemental positive profile shapes are placed at the two elastically deflectable sides with which negative profile shapes of the wiper strip cooperate. By eliminating one wall of the wind deflection strip facing the support element, its mass and thus the mass of the wiper blade that is to be accelerated and then braked again during each wipe stroke is reduced considerably. This allows cost savings to be made in designing the individual components of the overall wiper assembly, such as the electrical drive motor and/or the pendulum gear and the like.

To connect between the wiper strip and the wind deflection strip, a latch hook is formed in this case onto the inner wall of both of the two sides, said latch hook being directed toward the outer strip edges of the support element adjacent to it and constituting the positive profile shape. An opposite hook is associated with each of the sides that is designed at the continuation of the wiper strip and that constitutes the negative profile shape.

This is especially simple to manufacture if the opposite hooks are designed at the longitudinal walls of an existing longitudinal notch in the continuation of the wiper strip.

A variation of the lightweight design of a wind deflection strip or of a wiper blade equipped with such a wind deflection strip as illustrated above provides that the wind deflection strip has two diverging sides as seen in cross section that are connected together at a common base. The free ends of the sides of the wind deflection strip that face the support element are supported off of the wiper blade, wherein at the inner wall of one of the two sides is a positive profile shape with which a negative profile shape associates that is designed into the continuation of the wiper strip.

An only arbitrarily removable connection between the wiper strip and the wind deflection strip results if in the configuration of the invention the positive profile shape that is disc or circular in cross section is connected to one side of the wind deflection strip via a narrow longitudinal stem, and furthermore if the negative profile shape is designed as a circular longitudinal notch in cross section that at its side facing the wind deflection strip is provided with a slotted longitudinal opening matched to the thickness of the longitudinal stem.

It is useful in the process to snugly match the diameter of the positive profile shape.

A permanent, easily removable shape lock between the wiper strip and the wind deflection strip is produced by making the diameter of the positive profile shape that is made of an elastic material to be smaller than the diameter of the negative profile shape, by providing the positive profile shape with a longitudinal hole and by providing a bar that is introduced into this longitudinal hole and that expands the diameter of

4

the positive profile shape to the diameter of the negative profile shape. The pre-assembly is particularly simple as a result since the diameter difference between the negative and the positive profile shape allows the two parts to simply be pushed together. A permanent shape lock is achieved by inserting the bar into the longitudinal hole, which expands the positive profile shape to the diameter of the negative profile shape. This opens up the ability to connect the two components automatically.

So as to be able to utilize the advantages of cost-effective extrusion processes in the manufacture of the wind deflection strip and the wiper strip, the cross sections of these two components are each uniform along their entire length. Regardless of this, however, the cross sections can be subsequently partially changed if this is required for the placement of a half-coupling to the wiper blade, for example, so as to be able to connect the wiper blade to a driven wiper arm.

Further, it can be advantageous if the wind deflection strip and the wiper strip are glued together at their points of connection. The expression "bonding" stands in this case also for other connection processes such as for example vulcanization, etc.

Other advantageous further developments and configurations of the invention are provided in the following description of embodiment examples as illustrated in the associated drawing.

DESCRIPTION OF THE DRAWINGS

Shown in the drawings are:

FIG. 1—the principle representation of a wiper blade according to the invention in a side view;

FIG. 2—a section along the line II-II in FIG. 1 through the wiper blade shown in a pre-assembled position, and in an enlarged view;

FIG. 3—a section through a first embodiment of the wiper blade according to FIG. 1 along the line II-II in an enlarged view;

FIG. 4—a section according to FIG. 3 through another embodiment of the wiper blade with a detailed enlargement;

FIG. 5—a section according to FIG. 3 through another embodiment of the wiper blade;

FIG. 6—a section according to FIG. 3 through another embodiment of the wiper blade;

FIG. 7—a section according to FIG. 3 through another embodiment of the wiper blade;

FIG. 8—a section according to FIG. 3 through another embodiment of the wiper blade;

FIG. 9—the wiper blade according to FIG. 8 shown in a pre-assembled position;

FIG. 10—a section according to FIG. 3 through another embodiment of the wiper blade;

FIG. 11—a section through the wiper blade according to FIG. 10 shown in a pre-assembled position;

FIG. 12—a section according to FIG. 3 through another embodiment of the wiper blade; and

FIG. 13—the wiper blade according to FIG. 12 shown in a pre-assembled position.

DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

A wiper blade 10 shown in FIG. 1 has an elongated belt-shaped, flexible spring support element 12 with an elongated, elastic rubber wiper strip 14 attached parallel to the longitudinal axis to its bottom belt side or surface 13 facing the windshield. At the upper belt side or surface 11 of the support

Copy provided by USPTO from the PIRS Image Database on 01/28/2010

US 7,451,520 B2

5                                                              6

element 12, which in this exemplary embodiment consists of two flexible rails, said surface facing away from the windshield, is a section 15 of a wiper blade connector that is located in the center section of the support element and connected to it. With the help of this connector, the wiper blade 10 can be removably connected in a hinged fashion to a driven wiper arm 16 that is shown partially in FIG. 1. The wiper arm 16, which moves perpendicular to its longitudinal direction in a pendulum fashion, is loaded in the direction of an arrow 18 toward the windshield to be wiped—for example toward the windshield of an automobile—the surface of which is indicated by a dot-dashed line 20 in FIG. 1. Since the line 20 represents the greatest curvature of the windshield surface, it is clear to see that the natural curvature of the as yet unloaded wiper blade 10, both of whose ends 10' sit against the windshield 20, is greater than the maximum windshield curvature (FIG. 1). Under pressure (arrow 18), the wiping lip 22 of the wiper blade 10 presses its entire length against the windshield surface 20. In the process, tension builds up in the metal flexible spring support element 12, ensuring proper seating of the wiper strip 14, which is made of a elastic rubber material, and its wiping lip 22 along its entire length against the windshield surface 20, as well as ensuring an even distribution of pressure (arrow 18). A wind deflection strip 24 is placed at the upper belt surface 11 of the support element 12 facing away from the windshield 20, said wind deflection strip extending in this exemplary embodiment along the entire length of the wiper blade. The wind deflection strip 24 has a uniform cross section along its length in all exemplary embodiments described below. So as to be able to connect the section 15 of the wiper blade connector to the wiper blade, the wind deflection strip 24 is provided in its center section with an area of removal 26 (FIG. 1). The wind deflection strip 24 is intended to ensure that the wiper blade 10 and its wiping lip 22 is held against the windshield 20 with the specified pressure (arrow 18) even at high vehicle speeds.

Below, special configurations of the wiper blade according to the invention will be described in more detail.

The cross section through the wiper blade shown in FIG. 2 along the line II-II in FIG. 1 shows the wiper blade in a pre-assembled state, as only the wiper strip 14 has been placed between the two flexible rails 28 belonging to the support element 12. The two flexible rails 28, which sit in a common plane, are placed at a distance from one another so that a longitudinal slot 32 results between the inner strip sides 30 of the flexible rails 28 that face one another, said slot having a slot width 34. The wiper strip 14 located at the lower belt surface 13 of the support element 12 extends through the longitudinal slot 32 by means of a stem-like continuation 36—the width of which is somewhat smaller than the width 34 of the longitudinal slot 32—and leads back to the shape of a belt at the upper belt surface 11 after penetrating the longitudinal slot of the support element 14. By way of this belt-like broadening 37, the inner strip edges 30 of the flexible rails 28 are covered so that longitudinal holding notches 38 result to hold the inner strip edges 30 of the support element 12. Since both of its flexible rails 28 are fixed in the position shown in FIG. 2 by means not explained in more detail, a freely moving connection between the support element 12 and the wiper strip 14 results in the longitudinal direction with respect to the support element, said connection not able to come loose inadvertently. However, this connection permits an excellent adjusting of the wiping lip 22 to the shape of the windshield 20 to be wiped. FIG. 2 shows further that the wind deflection strip 24 is located on the upper belt surface 11 of the support element. The wind deflection strip has an essentially tubular triangular cross sectional contour, the first side

40 of which faces in the direction of the support element 12. The second side 42 of the wind deflection strip is provided with a concavity 44 that faces the main airflow stream during wiping operation. The third side 45 completes the wind deflection strip 24 and stabilizes it. Sides 40, 42 and 45 at the exterior of walls form a lightweight, hollow wind deflection strip 24. As the pre-assembled position of the wind deflection strip 24 shown in FIG. 2 shows, it has a notched recess 46 on its first triangular side 40, the cross sectional profile of which is matched with the cross sectional profile of the belt-shaped broadening 37 of the continuation 36. In this way, the belt-shaped broadening 37 forms a positive profile shape with which a corresponding negative profile shape 46 of the wind deflection strip 24 fits snugly. The wind deflection strip 24 can thus be placed snugly onto the continuation 36, 37 of the wiper strip 14. This results in a secure fix between the wiper strip 14 provided with the support element 12 and the wind deflection strip 24 as seen in the longitudinal direction of the wiper blade 10. To connect these two components 14 and 24 securely together, their mutual contact surfaces are treated with an adhesive 48 in this exemplary embodiment, by means of which a practically permanent connection is achieved (FIG. 2). Of course, it is also conceivable to achieve the connection between the two components 14 and 24 in another way known to one trained in the art, for example by vulcanization or lasing. If the wind deflection strip 24 is connected permanently to the wiper strip 14, a wiper blade cross-section results as shown in FIG. 3. Further, FIG. 3 shows that the match between the thickness of the belt-shaped broadening 37 and the depth of the notched recess 46 in the wall 40 is dimensioned such that an air gap 50 remains between the flexible rails 28, whose exterior strip edges 31 extend out of the longitudinal holding notches 38, and the first wall side 40 of the support element 24 facing them. This prevents the existence of a large area of contact between the wind deflection strip 24 and the support element 12 that could possibly disrupt the wiping action of the wiper blade 10.

If especially high wind deflection strip loads are expected—for example an especially high incident pressure on the second side 42 of the wind deflection strip 24—, it can be useful to place knife-edge shaped stops 52 on at least one or on both longitudinal edges of side 40 opposite one another, said stops being especially visible in a detailed enlargement shown in FIG. 4. These knife-like stops 52, which form minute surfaces or lines of support for the wind deflection strip, can be also be subdivided into small longitudinal sections or into raised points that also then act as supports or stops when the wind deflection strip is loaded very strongly in the direction of arrow 53.

In high loads on the wind deflection strip 24, it can also be useful to provide the first wall side 40 of the wind deflection strip 24 with longitudinal grooves 54 that act to practically enlarge the air gap 50 in FIG. 3. It is clear that the stops or supports 52 do not necessarily have to be provided on both longitudinal edges of the wind deflection strip 24. In many cases, it can be sufficient if the support only exists at the longitudinal side that is opposite the second wall side 42 of the wind deflection strip 24 provided with the concavity 44.

Another embodiment of the wiper blade according to the invention shown in FIG. 6 provides that a stem-like continuation 61 is placed at the first wall side 60 of the wind deflection strip 59 that faces the flexible rails. The width of the continuation is matched with the slot width 34 of the support element 12. This continuation penetrates the support element 12 in the longitudinal slot 32 remaining between the two flexible rails 28 (FIG. 2) and is then formed into a belt-shaped broadening 62 that reaches under the inner strip edges 30 of

US 7,451,520 B2

7

the flexible rails 28 that face one another so as to form longi-
tudinal holding notches (63) for the flexible rails (28). The
belt-like broadening 62 forms a positive profile shape to
which a negative profile shape in the wiper strip 66 is matched
that is designed as a notched recess 64 on a wall facing the
flexible rails (28). This results in a shape lock between the
wiper strip (66) and the wind deflection strip (59) that corre-
sponds in its effect to the shape lock already described above
in FIG. 2. The difference between the embodiment described
there and the embodiment illustrated in FIG. 6 is only that in
the embodiment according to FIG. 6, the positive profile
shape 62 is located on the wind deflection strip (59) to which
a negative profile shape 64 on the wiper strip 66 is matched.
This makes it possible for there to be advantages with regard
to the flexibility of the wiper blade.

In addition to the wind deflection strip 69 and the wiper
strip 66, there is a separate third bar-shaped component 70 in
the embodiment according to FIG. 7. In this embodiment, the
design of the wind deflection strip 69 corresponds to the
embodiment illustrated in FIG. 2. On the other hand, the cross
sectional shape of the wiper strip (66) corresponds to the
wiper strip design according to FIG. 6. Thus, both the wind
deflection strip 69 as well as the wiper strip 66 is provided
with a notched recess 46 and 64, respectively. The bar-shaped
component 70 has a longitudinal notch 72 at two opposite
longitudinal sides for the purposes of holding the inner strip
edges 30 of the flexible rails 28 that face one another, said
longitudinal notches lying in a common plane. Between the
two longitudinal notches 72 remains a stem 74 whose width is
matched according to the requirements of the slot width 34
(FIG. 2). The width of the longitudinal notches 72 is matched
to the thickness of the flexible rails. If the bar-shaped third
component 70 is first connected to either the wind deflection
strip 69 or to the wiper strip 66 in the manner shown in FIG.
7, what results is either a cross sectional embodiment accord-
ing to FIGS. 2 and 3 or an embodiment according to FIG. 6.
The third component 70 is thus first connected to one of the
two other components 66 [through] 69, for example glued, so
that it is then a part of it. Then, the further assembly is done
according to FIG. 2 or according to FIG. 6. The special
advantage of this embodiment is in that the material selection
for the bar-shaped component 70 can be tailored entirely
according to the demands of low-friction slip insertion into
the support element 12.

It should be noted concerning the embodiments according
to FIGS. 6 and 7 that here, as well, stops 52 can be placed on
the bottom of the wind deflection strip 59 opposite the support
element 12 which, at high tipping loads on the wind deflection
strip that push it to its side opposite the concavity 44, act as
small surface area supports at the upper belt surface 11 of the
support element 12.

The embodiments of a wiper blade according to the inven-
tion shown in FIGS. 8 through 13 stand out particularly by the
fact that they have no actual first wall side at the support
element, which reduces the weight of the wiper blade. The
wind deflection strip 78 according to FIGS. 8 and 9—as seen
in the cross section—has two sides 81, 83 diverging out from
a common base 79 that extend up to the support element 12.
Formed onto the inner wall of each of the two sides 81, 83 is
a latch hook 80 that extends toward the exterior strip edges 31
of the support element 12 that are directly adjacent to it,
respectively, wherein the two latch hooks 80 together consti-
tute the positive profile shape. An opposite hook 84 located on
the continuation 82 of the wiper strip 85 is mated to each of
the two latch hooks 80, said opposite hooks together consti-
tuting the negative profile shape. To create the opposite hook
84, the continuation 82 of the wiper strip 85 that transitions

8

into a broadened section has a longitudinal notch 86 at its
longitudinal walls facing one another where the two opposite-
facing hooks 84 are designed. In order to connect the wind
deflection strip shown in FIG. 9 to the wiper strip 85 (in
comparison with FIG. 8), which is in a pre-assembled posi-
tion, the two sides 81, 83 of the wind deflection strip 78 are for
example pressed together in the direction of the two arrows 88
until the wind deflection strip can be assembled in its operat-
ing position shown in FIG. 8 without difficulty. Also, in this
embodiment, it can be sensible to provide at least the longi-
tudinal side of the side 83 that faces away from the concavity
44 of the wind deflection strip with the support elements 52
already mentioned.

In the embodiment according to FIGS. 10 and 11, the wind
deflection strip 90 also has two diverging sides 91, 92 as seen
in cross section, wherein the outside of side 91 is provided
with a concavity 44. The two sides 91 and 92 are connected at
a common base 89 together. The two free ends of the sides that
face the support element 12 are supported off of the support
element 12. In the process, in this embodiment, a claw-like
extension 94 is formed onto each side and that snugly wraps
around the outer strip edges 31 of the support element 12. To
reduce friction, there are also knife-edged or pointed support
means provided where contact can occur between the support
element 12 and the wind deflection strip 90. On the inner wall
of the side 91 that faces the continuation 96 of the wiper strip
93, i.e. its broadening zone 97, is a disc shaped or round strip
98 as a positive profile shape that is connected side 91 along
a narrow longitudinal stem 100. The negative profile shape
formed on the continuation 96 is created by a longitudinal
notch 102 that is circular in cross section and that is provided
on its side facing the wind deflection strip 90 with a slotted
longitudinal opening 104 that is matched with the thickness
of the longitudinal stem 100. In order to ensure the safe
seating of the wind deflection strip 90 onto the continuation
96 of the wiper strip 93, the diameter of the strip 98 is matched
accordingly to the diameter of the longitudinal notch 102. The
installation of the wind deflection strip 90 is done in the
longitudinal direction of the wiper blade, with the strip 98
being inserted into the longitudinal notch 102. At the same
time, the exterior strip edges 31 of the support element 12 also
slide into the claw-like extensions 94 of the wind deflection
strip 90 (FIG. 10).

A variation of the embodiment just described is explained
below with the help of FIGS. 12 and 13. This differs from the
embodiment according to FIGS. 10 and 11 in that the strip
108 that is circular in cross section is provided with a longi-
tudinal hole 110 and that the diameter of this strip 108 is
smaller than the diameter of the longitudinal notch 102. After
attaching the wind deflection strip 90 to the wiper strip 14, i.e.
to its continuation 96, 79, a bar 112 is inserted into the lon-
gitudinal hole 110 of the strip 108 (FIG. 12) whose diameter
is larger than the diameter of the longitudinal hole 110. This
causes the strip 108 to expand to make up the difference
between the diameter of the strip 108 and the diameter of the
longitudinal notch 102; in other words, the diameter of the
positive profile shape 108 is expanded to the diameter of the
negative profile shape 102.

After connecting the two parts 90 and 93, a permanently
secure shape-locked connection is guaranteed since the strip
98, 108, which is considered as a positive profile shape, is
enveloped by the continuation 98, which is considered as the
negative profile shape, by more than 180°. In the embodiment
according to FIGS. 12 and 13, the support elements 52 pro-
vided at the free ends of the sides 91 and 92 are located
similarly according to the embodiment of FIGS. 8 and 9.

US 7,451,520 B2

9

In order to make cost-effective manufacture of the wiper blade possible, the cross sections of the two components **14** and **24**, which are made of an elastic material, are each uniform along their entire length. Regardless of this, however, partial areas of removal can be made after the extrusion of these components if this is seen to be useful for certain reasons. Also in the embodiments according to FIGS. **8** through **13**, it can be sensible, exactly as already described through the embodiments according to FIGS. **2** through **7**, that the wind deflection strip and the wiper strip are provided at their point of connection with an adhesive in order to also counteract especially high loads.

The variously described embodiments each have a number of advantageous features in and of themselves or in various combinations as well. An important feature that is common to all of them is that two components of the wiper blade—the wiper strip and the wind deflection strip—are connected together at their sides facing one another. In a wiper blade that has a wiper strip support element having two flexible rails that are separated from one another it is especially advantageous if these two components are connected together via the longitudinal slot remaining between the flexible rails. In the process, an especially production-friendly connection between the two components can be achieved by extending one of the two components having a stem-like continuation along the longitudinal slot to the belt surface of the support element that it faces away from, and furthermore by connecting the two components to one another at the continuation. It is especially advantageous if, moreover, according to a valuable further development of the invention concept, the continuation of one component has a positive profile shape, as seen in cross section, with which a negative mating profile shape, as seen in cross section, of the other component associates that is matched with it.

By connecting the wind deflection strip alone to the wiper strip—in any case with supports at the support element—an undisturbed relative motion between the support element on the one hand and the wind deflection strip or the wiper strip on the other hand is ensured. Also, aging or environmentally caused length changes of the non-metallic parts are easily compensated this way. Also beneficial is the position of the connection weld near a plane that intersects the "neutral thread" of these parts.

What is claimed is:

1. A wiper blade (**10**) to clean windshields (**20**), in particular of automobiles, provided with an elongated belt-shaped, flexible spring support element (**12**) having top and bottom belt surfaces, with a separate first component designed as an elastic rubber wiper strip (**14**) that can be pressed against the windshield (**20**) located at the bottom belt surface (**13**) of the support element and with a separate second component located at the top belt surface (**11**) of the support element (**12**) that is designed as a wind deflection strip (**24**) that extends at least along a longitudinal section of the wiper blade (**10**), characterized in that the two components (**14, 24**) are directly and securely connected together at their sides facing one another, wherein support element (**12**) has two flexible rails (**28**) at a distance from one another, characterized in that the two components (**14, 24**) are connected together through a longitudinal slot (**32**) remaining between the flexible rails.

2. A wiper blade according to claim 1, characterized in that one of the two components (**14, 24**) extends through the longitudinal slot (**32**) by means of a stem-like continuation (**36**) to a side of the support element (**12**) opposite said component and that the connection of the two components with one another is achieved at the continuation (**36**).

10

3. A wiper blade according to claim 2, characterized in that the continuation (**36**) of the first component has a profile shape, as seen in cross section, that matches a mating profile shape on the other component as seen in a cross section.

4. A wiper blade according to claim 3, characterized in that the stem-like continuation (**36**) is located at a wall of the wiper strip (**14**) facing the flexible rails, that the continuation broadens into a belt shape after penetrating the longitudinal slot (**32**) to create longitudinal holding notches (**38**) for the flexible rails (**28**), and that it covers inner strip edges (**30**) of the flexible rails (**28**) that face one another.

5. A wiper blade according to claim 4, characterized in that the belt-like broadening (**37**) of the continuation (**36**) creates a positive profile shape with which a negative profile shape designed as a notched recess (**46**) snugly fits.

6. A wiper blade according to claim 5, characterized in that the notched recess (**46**) is designed into a wall (**40**) of the wind deflection strip (**24**) that faces the flexible rails (**28**).

7. A wiper blade according to claim 4, characterized in that external strip edges (**31**) of the two flexible rails (**28**) of the support element (**12**) facing away from one another protrude at least part of the way out from their longitudinal holding notches (**38**) and that between the flexible rails and the wall of the wind deflection strip (**24**) that faces them, there is an air gap (**50**) that remains.

8. A wiper blade according to claim 7, characterized in that the wind deflection strip (**24**) is supported at the support element (**12**) by knife-edge stops (**52**) located at its longitudinal edges.

9. A wiper blade according to claim 3, characterized in that the cross section of the wind deflection strip (**24, 59, 69, 78, 90**) and the wiper strip (**14, 66, 85, 93**) are uniform along their entire respective lengths.

10. A windshield wiper blade comprising
an elongated belt-shaped, flexible spring support element having top and bottom surfaces and having a longitudinal slot,
a wind deflection strip that is located above the top surface of the support element and that extends at least along a longitudinal section of the wiper blade, and
an elastic rubber wiper strip that can be pressed against a windshield and that is located below the bottom surface of the support element, the wiper strip having a narrow portion extending through the slot of the support element to be directly and securely connected to the wind deflection strip, the wiper strip also having a wider portion connected to the narrow portion, the wider portion facing the top surface of the support element.

11. A wiper blade according to claim 10, wherein the wind deflection strip has therein a recess, and the wiper strip has a portion received in the recess for securing the wind deflection strip to the wiper strip and the support element.

12. A wiper blade according to claim 11 wherein the wind deflection strip is generally triangular in cross section and has a lower surface having therein the recess.

13. A wiper blade according to claim 12 wherein the wind deflection strip is hollow and has a bottom wall having therein the recess.

14. A wiper blade according to claim 10 wherein one of the wiper strip and the wind deflection strip has therein a recess, and the other of the wiper strip and the wind deflection strip has thereon a projection received in the recess for securing the wind deflection strip to the wiper strip and the support element.

15. A wiper blade (**10**) to clean windshields (**20**), in particular of automobiles, provided with an elongated belt-shaped, flexible spring support element (**12**), which has two

US 7,451,520 B2

11

flexible rails (28) at a distance from one another, with a separate first component designed as an elastic rubber wiper strip (14) that can be pressed against the windshield (20) located at the bottom belt surface (13) of the support element, which component has longitudinal holding notches (38) for the flexible rails (28), and with a separate second component located at the other upper belt surface (11) of the support element (12) that is designed as a wind deflection strip (24) that extends at least along a longitudinal section of the wiper

12

blade (10), characterized in that the two components (14, 24) are directly and securely connected together at their sides facing one another and external strip edges (31) of the two flexible rails (28) of the support element (12) facing away from one another protrude at least part of the way out from their longitudinal holding notches (38) and that between the flexible rails and the wall of the wind deflection strip (24) that faces them, there is an air gap (50) that remains.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 01/28/2010