**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOSCH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10 CV 1437 |
| | ) | |
| v. | ) | |
| | ) | Honorable Robert Gettleman |
| OLD WORLD INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE REGARDING OLD WORLD'S OPPOSITION
TO BOSCH'S PRELIMINARY INJUNCTION MOTION [DCKT. 37]**

On July 14, 2010, Bosch filed its Motion for Preliminary Injunction [Dckt. 37]. The Court ordered Old World to file its opposition today, September 16, 2010. This paper serves notice to the Court that the parties have reached an agreement such that Bosch will withdraw its Motion for Preliminary Injunction. The formal written form of the agreement is currently being finalized. Accordingly, Old World is not filing its opposition today in view of the resolution. However, Old World reserves the right to do so at a later date, with the permission of this Court, in the unlikely event a response should be necessary.

DATED: September 16, 2010                OLD WORLD INDUSTRIES, INC.

 

By: /s/ Jacob Bachman
Timothy Delaney
Anastasia Heffner
Jacob Bachman
BRINKS, HOFER, GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
(312) 321-4200
tdelaney@usebrinks.com
aheffner@usebrinks.com

- 2 -

jbachman@usebrinks.com

*Attorneys for Defendant Old World Industries, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 16, 2010, I electronically filed NOTICE REGARDING OLD WORLD'S OPPOSITION TO BOSCH'S PRELIMINAY INJUNCTION MOTION [DCKT. 37] with the Clerk of the Court using the ECF system, which will send notification of such filling to all counsel of record.

DATED: September 16, 2010          OLD WORLD INDUSTRIES, INC.

                     By: /s/ Jacob Bachman
                     Timothy Delaney
                     Anastasia Heffner
                     Jacob Bachman
                     BRINKS, HOFER, GILSON & LIONE
                     NBC Tower – Suite 3600
                     455 N. Cityfront Plaza Dr.
                     Chicago, IL 60611
                     (312) 321-4200
                     tdelaney@usebrinks.com
                     aheffner@usebrinks.com
                     jbachman@usebrinks.com

                     *Attorneys for Defendant Old World Industries, Inc.*