**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH LLC, ) | |
| ) | Case No. 10 CV 1437 |
| Plaintiff, ) | |
| ) | Honorable Robert W. Gettleman |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| ) | |
| OLD WORLD INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**ROBERT BOSCH LLC'S RESPONSE TO OLD WORLD'S NOTICE REGARDING ITS OPPOSITION TO BOSCH'S PRELIMINARY INJUNCTION MOTION (D.I. 63)**

Robert Bosch LLC submits the following in response to Old World Industries, Inc.'s NOTICE REGARDING OLD WORLD'S OPPOSITION TO BOSCH'S PRELIMINARY INJUNCTION MOTION [DCKT. 37] (D.I. 63).

In its September 16 notice, Old World represented to the Court that the parties had reached an agreement and that Bosch would withdraw its motion for preliminary injunction. (*See* D.I. 63.) However, no agreement had been reached and Bosch expressly objected to Old World's proposed notice before Old World nonetheless filed it.

The terms to which Bosch had agreed, which Bosch has not submitted with this paper because of Old World's position that the terms should be confidential, included a provision that the agreement would be subject to the Court's approval and entry of the agreed terms as a Court Order. Old World does not agree to this provision. Thus, no agreement has been reached between the parties and the preliminary injunction motion remains pending.

While the parties were negotiating, Bosch agreed to an extension only until this past Monday, September 20 for Old World to submit its opposition to Bosch's motion for preliminary

- 2 -

injunction if an agreement for Bosch to withdraw the same was not reached.  Accordingly, Bosch submits that Old World's opposition to Bosch's motion for preliminary injunction is overdue and Old World is in default with respect to the preliminary injunction.

Old World has indicated that it will not engage in further discussion concerning this matter, and has not indicated whether or when it will file an opposition to Bosch's preliminary-injunction motion.

Dated:  September 21, 2010

OF COUNSEL:

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel:  (212) 425-7200

WILLIAM P. OBERHARDT, LLC

By:  */s/ William P. Oberhardt*

William P. Oberhardt
70 West Madison, Suite 2100
Chicago, IL 60602
Tel: 312-251-1100
Fax: 312-251-1175
Atty. Reg. No. 3122407

*Attorneys for Plaintiff Robert Bosch LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2010, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

| | |
|---|---|
| OF COUNSEL: | */s/ William P. Oberhardt* |
| Michael J. Lennon | William P. Oberhardt |
| Mark A. Hannemann | WILLIAM P. OBERHARDT, LLC |
| Jeffrey S. Ginsberg | 70 West Madison, Suite 2100 |
| KENYON & KENYON LLP | Chicago, Illinois 60602 |
| One Broadway | Tel: 312-251-1100 |
| New York, NY 10004 | Fax: 312-251-1175 |
| Tel: 212-425-7200 | Atty. Reg. No. 3122407 |

*Attorneys for Plaintiff Robert Bosch LLC*