**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BOSCH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10 CV 1437 |
| | ) | |
| v. | ) | |
| | ) | Honorable Robert Gettleman |
| OLD WORLD INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED NOTICE REGARDING OLD WORLD'S OPPOSITION
TO BOSCH'S PRELIMINARY INJUNCTION MOTION [DCKT. 37]**

On July 14, 2010, Bosch filed its Motion for Preliminary Injunction [Dckt. 37]. The Court ordered Old World to file its opposition today, October 20, 2010. The parties agreed to serve notice to the Court that the parties are finalizing an agreement that is expected to resolve this case. Accordingly, Old World is not filing its opposition today. However, Old World reserves the right to do so at a later date, with the permission of this Court, in the unlikely event a response should be necessary.

DATED: October 20, 2010

OLD WORLD INDUSTRIES, INC.

By: /s/ Jacob Bachman
Timothy Delaney
Anastasia Heffner
Jacob Bachman
BRINKS, HOFER, GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
(312) 321-4200
tdelaney@usebrinks.com
aheffner@usebrinks.com
jbachman@usebrinks.com

- 2 -

*Attorneys for Defendant Old World Industries, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 20, 2010, I electronically filed NOTICE REGARDING OLD WORLD'S OPPOSITION TO BOSCH'S PRELIMINAY INJUNCTION MOTION [DCKT. 37] with the Clerk of the Court using the ECF system, which will send notification of such filling to all counsel of record.

| | |
|---|---|
| DATED: October 20, 2010 | OLD WORLD INDUSTRIES, INC. |
| | |
| | By: /s/ Jacob Bachman |
| | Timothy Delaney |
| | Anastasia Heffner |
| | Jacob Bachman |
| | BRINKS, HOFER, GILSON & LIONE |
| | NBC Tower – Suite 3600 |
| | 455 N. Cityfront Plaza Dr. |
| | Chicago, IL 60611 |
| | (312) 321-4200 |
| | tdelaney@usebrinks.com |
| | aheffner@usebrinks.com |
| | jbachman@usebrinks.com |
| | |
| | *Attorneys for Defendant Old World Industries, Inc.* |