IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Robert Bosch LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Old World Industries, Inc.<br><br>    Defendant. | Civil Action No. 10 CV 1437 |

### STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER

WHEREAS, Robert Bosch LLC ("BOSCH") instituted this patent-infringement action against Old World Industries, Inc. ("OWI"), and

WHEREAS, the Parties have entered into a settlement agreement to resolve this action, with an effective date of October 21, 2010;

THEREFORE, BOSCH and OWI hereby stipulate to the dismissal of this action with prejudice, subject to this Court's retention of jurisdiction to enforce the terms of the settlement agreement, each Party to bear its own costs and attorneys' fees.

*[signature]*                                                                November 12, 2010